1 | MARC J. FAGEL (Cal. Bar No. 154425)
SUSAN F. LA MARCA (Cal. Bar No. 215231)
2 |   lamarcas@sec.gov
MARK P. FICKES (Cal Bar No. 178570)
3 |   fickesm@sec.gov
JEREMY E. PENDREY (Cal. Bar No. 187075)
4 |   pendreyj@sec.gov
ELENA RO (Cal. Bar No. 197308)
5 |   roe@sec.gov

6 | Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
7 | 44 Montgomery Street, Suite 2600
San Francisco, California 94104
8 | Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Civil Action No. C 07 4431 RMW HRL |
| Plaintiff, | |
| vs. | NOTICE OF APPEARANCE OF COUNSEL |
| LISA C. BERRY, | |
| Defendant. | |

1    TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2         PLEASE TAKE NOTICE that the following counsel is appearing on behalf of plaintiff

3    Securities and Exchange Commission in the above-captioned action:

4
5         Mark P. Fickes
     SECURITIES AND EXCHANGE COMMISSION
6    44 Montgomery Street, Suite 2600
     San Francisco, California 94104

7         Mr. Fickes' direct dial telephone number is (415) 705-8103.  Communications to Plaintiff

8    Securities and Exchange Commission in this action should be directed to Mr. Fickes' attention.

9

10

11                              Respectfully submitted,

12

13

14   Dated:  September 25, 2007          /s/ Mark P. Fickes_____

15                                       Mark P. Fickes
                                         Attorney for Plaintiff
16                                       SECURITIES AND EXCHANGE COMMISSION

17

18

19

20

21

22

23

24

25

26

27

28