MARC J. FAGEL (Cal. Bar No. 154425)
SUSAN F. LA MARCA (Cal. Bar No. 215231)
  lamarcas@sec.gov
MARC P. FICKES (Cal. Bar No. 178570)
  fickesm@sec.gov
JEREMY E. PENDREY (Cal. Bar No. 187075)
  pendreyj@sec.gov
ELENA RO (Cal. Bar No. 197308)
  roe@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> LISA C. BERRY, <br><br> Defendant. | Civil Action No. C 07 4431 RMW HRL <br><br> PROOF OF SERVICE ON DEFENDANT LISA C. BERRY |

Paintiff Securities and Exchange Commission hereby files proof of service of the summons and complaint and other items on Defendant Lisa C. Berry in this action.

Respectfully submitted,

Dated:  October 1, 2007

Jeremy E. Pendrey
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 08/29/07 |
| Name of SERVER  Jeremy E. Pendrey | TITLE  Staff Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other *(specify)*: By prior agreement of counsel for defendant Lisa Berry, the Summons and complaint and papers specified in attached Exhibit A were served on Melinda Haag at Orrick, Herrington & Sutcliffe in San Francisco, CA, counsel for defendant Lisa C. Berry by Federal Express (See Attachments A and B).

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   Oct. 1, 2007
                      *Date*                                            *Signature of Server*

Securities and Exchange Commission
*Address of Server*
44 Montgomery St., Suite 2600
San fRancisco, CA  94102

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# ATTACHMENT A



**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
SAN FRANCISCO DISTRICT OFFICE**
44 Montgomery Street
SUITE 2600
SAN FRANCISCO, CALIFORNIA 94104

DIRECT DIAL: (415) 705-8109
FAX NUMBER: (415) 705-2501

August 29, 2007

**BY FEDERAL EXPRESS**

Melinda Haag, Esq.
Orrick, Herrington & Sutcliffe, LLP
405 Howard St.
San Francisco, CA 94105

    Re:    <u>SEC v. Berry C 07-4431 RMW</u>

Dear Ms. Haag:

    Enclosed please find service copies of the following documents in the above-referenced matter:

1. Complaint

2. Summons

3. Civil Cover Sheet

4. Order Setting Initial Case Management Conference and ADR Deadlines

5. ECF Registration Information Handout

6. Guidelines and Hearing Schedules from San Jose Division Clerk's Office

7. Notice of Availability of Magistrate Judge to Exercise Discretion

Ms. Haag
August 29, 2007
Page 2


       Thank you for agreeing to accept service of process of these documents on behalf of your client, Lisa Berry. Please do not hesitate to contact me with any questions or concerns.


       Sincerely,

       Jeremy E. Pendrey
       Attorney, Enforcement Division


Enclosures

# ATTACHMENT B

**Pendrey, Jeremy**

---

**From:** Haag, Melinda [mhaag@orrick.com]
**Sent:** Wednesday, August 29, 2007 9:55 AM
**To:** Pendrey, Jeremy
**Subject:** Re: Berry complaint - service

Yes, I will accept service on Lisa's behalf. Melinda

--------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Pendrey, Jeremy <PendreyJ@sec.gov>
To: Haag, Melinda
Sent: Wed Aug 29 09:22:08 2007
Subject: Berry complaint - service

Melinda:

  I got your voicemail yesterday stating you agree to accept service for Berry. Thank you very much for that. I would appreciate it if you could also confirm by e-mail that you agree to accept service of the Summons and Complaint. (Just so I have something in writing.) I plan to Fed Ex the service copy of the complaint today. You should receive it tomorrow.

   Thanks. Jeremy.


Jeremy E. Pendrey

Attorney, Enforcement Division

U.S. Securities & Exchange Commission

San Francisco Regional Office

44 Montgomery St., Suite 2600

San Francisco, CA 94104

T: (415) 705-8109  F: (415) 705-2501



===================================================================

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.