MELINDA HAAG (STATE BAR NO. 132612)
mhaag@orrick.com
MOJI SANIEFAR (STATE BAR NO. 233330)
msaniefar@orrick.com
RANDALL S. LUSKEY (STATE BAR NO. 240915)
rluskey@orrick.com
LUCY E. BUFORD (STATE BAR NO. 244885)
lbuford@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   415-773-5700
Facsimile:    415-773-5759

Attorneys for Defendant
Lisa C. Berry

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Lisa C. Berry<br><br>　　　　　Defendant. | Case No.  C 07 4431 RMW HRL<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT BERRY'S TIME TO FILE RESPONSIVE PLEADING TO THE COMPLAINT** |

OHS West:260314846.1                                              JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE

Plaintiff, the Securities and Exchange Commission ("SEC"), and defendant Lisa Berry ("Defendant"), through their respective counsel, hereby stipulate and agree, with the Court's permission, that:

1. Defendant shall have until November 19, 2007 to file a 12(b)(6) motion to dismiss Plaintiff's complaint;

2. Plaintiff shall have until January 11, 2008 to file its opposition to the motion to dismiss;

3. Defendant shall have until February 1, 2008 to file the reply in support of the motion to dismiss.

4. Defendant's motion to dismiss shall be heard on February 15, 2008.


IT IS SO STIPULATED

Respectfully submitted,

Dated: October 4, 2007

MELINDA HAAG
MOJI SANIEFAR
RANDALL S. LUSKEY
LUCY E. BUFORD
Orrick, Herrington & Sutcliffe LLP


_____/s/*_____
MELINDA HAAG
Attorneys for Defendant
LISA BERRY

| | |
|---|---|
| 1  Dated: October 4, 2007 | JEREMY E. PENDREY |
| 2 | SECURITIES AND EXCHANGE COMMISSION |
| 3 | 44 Montgomery Street, Suite 2600 |
|   | San Francisco, California 94104 |
| 4 | Telephone: (415) 705-2500 |
|   | Facsimile:   (415) 705-2501 |

<pre>
                                         /s/*
                              _____
                                    Jeremy Pendrey
                     Attorneys for Plaintiff United States Securities and
                                  Exchange Commission
</pre>

* * *

## [PROPOSED] ORDER

IT IS SO ORDERED:

Dated: _____    _____
                                      THE HONORABLE RONALD M.
                                      WHYTE, UNITED STATES DISTRICT
                                      COURT JUDGE

*Attestation: Per General Order 45, Section X.B I hereby attest that the concurrence in the filing of this document has been obtained from each of the signatories.

<pre>
                                         /s/
                              _____
                                    Randall S. Luskey
</pre>

OHS West:260314846.1                    - 2 -           JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE