| | |
|---|---|
| 1 | MELINDA HAAG (STATE BAR NO. 132612) |
| | mhaag@orrick.com |
| 2 | JAMES N. KRAMER (STATE BAR NO. 154709) |
| | jkramer@orrick.com |
| 3 | MOJI SANIEFAR (STATE BAR NO. 233330) |
| | msaniefar@orrick.com |
| 4 | RANDALL S. LUSKEY (STATE BAR NO. 240195) |
| | rluskey@orrick.com |
| 5 | LUCY E. BUFORD (STATE BAR NO. 244885) |
| | lbuford@orrick.com |
| 6 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 7 | 405 Howard Street |
| | San Francisco, CA 94105-2669 |
| 8 | Telephone:   415-773-5700 |
| | Facsimile:   415-773-5759 |
| 9 | |
| 10 | Attorneys for Defendant |
| | LISA C. BERRY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 5:07-cv-04431-RMW |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| LISA C. BERRY, | |
| Defendant. | |

OHS West:260315610.1

NOTICE OF APPEARANCE
CASE NO. 5:07-CV-04431-RMW

1  **TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST:**

2  PLEASE TAKE NOTICE that the law firm of Orrick, Herrington & Sutcliffe LLP is the
3  counsel of record for Defendant Lisa C. Berry in the above-captioned matter. In addition to
4  Melinda Haag, James N. Kramer, Randall S. Luskey, and Lucy E. Buford, Moji Saniefar will also
5  be appearing on behalf of Defendant Lisa C. Berry and hereby requests that all notices given or
6  required to be given, and all papers filed or served or required to be served in the above-captioned
7  matter, be provided to and served upon:

    Moji Saniefar  
    Orrick, Herrington & Sutcliffe LLP  
    The Orrick Building  
    405 Howard Street  
    San Francisco, CA 94105-2669  
    Telephone:  415-773-5700  
    Facsimile:  415-773-5759  

    Email: *msaniefar@orrick.com*

Dated: October 5, 2007

    ORRICK, HERRINGTON & SUTCLIFFE LLP

        /s/ Moji Saniefar  
    MELINDA HAAG  
    JAMES N. KRAMER  
    MOJI SANIEFAR  
    RANDALL S. LUSKEY  
    LUCY E. BUFORD

    Attorneys for Defendant  
    LISA C. BERRY