1  MELINDA HAAG (STATE BAR NO. 132612)
   mhaag@orrick.com
2  JAMES N. KRAMER (STATE BAR NO. 154709)
   jkramer@orrick.com
3  MOJI SANIEFAR (STATE BAR NO. 233330)
   msaniefar@orrick.com
4  RANDALL S. LUSKEY (STATE BAR NO. 240195)
   rluskey@orrick.com
5  LUCY E. BUFORD (STATE BAR NO. 244885)
   lbuford@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
7  405 Howard Street
   San Francisco, CA  94105-2669
8  Telephone:    415-773-5700
   Facsimile:    415-773-5759
9
   Attorneys for Defendant
10 LISA C. BERRY

11

                  UNITED STATES DISTRICT COURT
12
               NORTHERN DISTRICT OF CALIFORNIA
13
                      SAN JOSE DIVISION
14

15
   SECURITIES AND EXCHANGE                Case No.  5:07-cv-04431-RMW
16 COMMISSION,
                                          **NOTICE OF APPEARANCE**
17            Plaintiff,

18      v.

19 LISA C. BERRY,

20            Defendant.

21

22

23

24

25

26

27

28

**TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST:**

PLEASE TAKE NOTICE that the law firm of Orrick, Herrington & Sutcliffe LLP is the counsel of record for Defendant Lisa C. Berry in the above-captioned matter.  In addition to Melinda Haag, James N. Kramer, Moji Sanifer, and Randall S. Luskey, Lucy E. Buford will also be appearing on behalf of Defendant Lisa C. Berry and hereby requests that all notices given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided to and served upon:

Lucy E. Buford
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    415-773-5700
Facsimile:    415-773-5759

Email: *lbuford@orrick.com*

Dated: October 5, 2007

ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Lucy E. Buford
MELINDA HAAG
JAMES N. KRAMER
MOJI SANIEFAR
RANDALL S. LUSKEY
LUCY E. BUFORD

Attorneys for Defendant
LISA C. BERRY

OHS West:260315564.1

1