| | |
|---|---|
| 1 | MELINDA HAAG (STATE BAR NO. 132612) |
|   | mhaag@orrick.com |
| 2 | JAMES N. KRAMER (STATE BAR NO. 154709) |
|   | jkramer@orrick.com |
| 3 | MOJI SANIEFAR (STATE BAR NO. 233330) |
|   | msaniefar@orrick.com |
| 4 | RANDALL S. LUSKEY (STATE BAR NO. 240195) |
|   | rluskey@orrick.com |
| 5 | LUCY E. BUFORD (STATE BAR NO. 244885) |
|   | lbuford@orrick.com |
| 6 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | The Orrick Building |
| 7 | 405 Howard Street |
|   | San Francisco, CA  94105-2669 |
| 8 | Telephone:    415-773-5700 |
|   | Facsimile:    415-773-5759 |
| 9 | |
| 10 | Attorneys for Defendant |
|    | LISA C. BERRY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.  5:07-cv-04431-RMW |
|  | **NOTICE OF APPEARANCE** |
| Plaintiff, | |
| v. | |
| LISA C. BERRY, | |
| Defendant. | |

1 **TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST:**

2 PLEASE TAKE NOTICE that the law firm of Orrick, Herrington & Sutcliffe LLP is the counsel of record for Defendant Lisa C. Berry in the above-captioned matter. In addition to Melinda Haag, Moji Saniefar, Randall Luskey and Lucy E. Buford, James N. Kramer will also be appearing on behalf of Defendant Lisa C. Berry and hereby requests that all notices given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided to and served upon:

James N. Kramer  
Orrick, Herrington & Sutcliffe LLP  
The Orrick Building  
405 Howard Street  
San Francisco, CA 94105-2669  
Telephone:   415-773-5700  
Facsimile:   415-773-5759  

Email: *jkramer@orrick.com*

Dated: October 5, 2007

ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ James N. Kramer  
MELINDA HAAG  
JAMES N. KRAMER  
MOJI SANIEFAR  
RANDALL S. LUSKEY  
LUCY E. BUFORD  

Attorneys for Defendant  
LISA C. BERRY