| | |
|---|---|
| 1 | MELINDA HAAG (STATE BAR NO. 132612) |
|   | mhaag@orrick.com |
| 2 | JAMES N. KRAMER (STATE BAR NO. 154709) |
|   | jkramer@orrick.com |
| 3 | MOJI SANIEFAR (STATE BAR NO. 233330) |
|   | msaniefar@orrick.com |
| 4 | RANDALL S. LUSKEY (STATE BAR NO. 240195) |
|   | rluskey@orrick.com |
| 5 | LUCY E. BUFORD (STATE BAR NO. 244885) |
|   | lbuford@orrick.com |
| 6 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | The Orrick Building |
| 7 | 405 Howard Street |
|   | San Francisco, CA 94105-2669 |
| 8 | Telephone:    415-773-5700 |
|   | Facsimile:    415-773-5759 |
| 9 | |
|10 | Attorneys for Defendant |
|   | LISA C. BERRY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 5:07-cv-04431-RMW |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| LISA C. BERRY, | |
| Defendant. | |

OHS West:260315613.1

NOTICE OF APPEARANCE
CASE NO. 5:07-CV-04431-RMW

**TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST:**

PLEASE TAKE NOTICE that the law firm of Orrick, Herrington & Sutcliffe LLP is the counsel of record for Defendant Lisa C. Berry in the above-captioned matter. In addition to Melinda Haag, James N. Kramer, Moji Saniefar, and Lucy E. Buford, Randall S. Luskey will also be appearing on behalf of Defendant Lisa C. Berry and hereby requests that all notices given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided to and served upon:

Randall S. Luskey
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   415-773-5700
Facsimile:   415-773-5759

Email: *rluskey@orrick.com*

Dated: October 5, 2007

ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Randall S. Luskey
MELINDA HAAG
JAMES N. KRAMER
MOJI SANIEFAR
RANDALL S. LUSKEY
LUCY E. BUFORD

Attorneys for Defendant
LISA C. BERRY