```
 1  MELINDA HAAG (STATE BAR NO. 132612)
    mhaag@orrick.com
 2  MOJI SANIEFAR (STATE BAR NO. 233330)
    msaniefar@orrick.com
 3  RANDALL S. LUSKEY (STATE BAR NO. 240915)
    rluskey@orrick.com
 4  LUCY E. BUFORD (STATE BAR NO. 244885)
    lbuford@orrick.com
 5  ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
 6  405 Howard Street
    San Francisco, CA  94105-2669
 7  Telephone:   415-773-5700
    Facsimile:   415-773-5759
 8
    Attorneys for Defendant
 9  Lisa C. Berry
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 10/11/07*

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>           v.<br><br>Lisa C. Berry<br><br>                    Defendant. | Case No.  C 07 4431 RMW HRL<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT BERRY'S TIME TO FILE RESPONSIVE PLEADING TO THE COMPLAINT** |

OHS West:260314846.1                                             JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE

Plaintiff, the Securities and Exchange Commission ("SEC"), and defendant Lisa Berry ("Defendant"), through their respective counsel, hereby stipulate and agree, with the Court's permission, that:

1. Defendant shall have until November 19, 2007 to file a 12(b)(6) motion to dismiss Plaintiff's complaint;

2. Plaintiff shall have until January 11, 2008 to file its opposition to the motion to dismiss;

3. Defendant shall have until February 1, 2008 to file the reply in support of the motion to dismiss.

4. Defendant's motion to dismiss shall be heard on February 15, 2008.

IT IS SO STIPULATED

Respectfully submitted,

Dated: October 4, 2007

MELINDA HAAG
MOJI SANIEFAR
RANDALL S. LUSKEY
LUCY E. BUFORD
Orrick, Herrington & Sutcliffe LLP

/s/*
MELINDA HAAG
Attorneys for Defendant
LISA BERRY

Dated: October 4, 2007

JEREMY E. PENDREY
SECURITIES AND EXCHANGE
COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile:  (415) 705-2501

/s/*
_____
Jeremy Pendrey
Attorneys for Plaintiff United States Securities and
Exchange Commission

* * *

[~~PROPOSED~~] ORDER

IT IS SO ORDERED:

Dated: 10/11/07

*Ronald M. Whyte*
_____
THE HONORABLE RONALD M.
WHYTE, UNITED STATES DISTRICT
COURT JUDGE

*Attestation: Per General Order 45, Section X.B I hereby attest that the concurrence in the filing of this document has been obtained from each of the signatories.

/s/
_____
Randall S. Luskey

OHS West:260314846.1                    - 2 -                    JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE