```
 1  MELINDA HAAG (STATE BAR NO. 132612)
    mhaag@orrick.com
 2  JAMES A. MEYERS (ADMITTED PRO HAC VICE)
    jmeyers@orrick.com
 3  JAMES N. KRAMER (STATE BAR NO. 154709)
    jkramer@orrick.com
 4  MOJI SANIEFAR (STATE BAR NO. 233330)
    msaniefar@orrick.com
 5  RANDALL S. LUSKEY (STATE BAR NO. 240915)
    rluskey@orrick.com
 6  LUCY E. BUFORD (STATE BAR NO. 244885)
    lbuford@orrick.com
 7  ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
 8  405 Howard Street
    San Francisco, CA  94105-2669
 9  Telephone:    +1-415-773-5700
    Facsimile:    +1-415-773-5759
10
    Attorneys for Defendant
11  LISA C. BERRY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LISA C. BERRY,<br><br>　　　　　Defendant. | Case No. 5:07-cv-04431 RMW HRL<br><br>**APPENDIX OF AUTHORITY NOT PUBLISHED IN OFFICIAL REPORTERS IN SUPPORT OF DEFENDANT LISA C. BERRY'S MOTION TO DISMISS THE SECURITIES AND EXCHANGE COMMISSION'S COMPLAINT**<br><br>Date:　　　February 15, 2008<br>Time:　　　9:00 a.m.<br>Courtroom:　6, Fourth Floor |

## APPENDIX OF UNPUBLISHED AUTHORITY

**CASES**                                                                     **EXHIBIT**

*Corrie v. Caterpillar, Inc.*,
No. 05-36210, 2007 WL 2694701 (9th Cir. Sep. 17, 2007) .......................................... 1

*In re ESS Tech., Inc. Sec. Litig.*,
No. C-02-04497 RMW, 2004 WL 3030058 (N.D. Cal. Dec 1, 2004) ....................... 2

*In re Tibco Software, Inc. Sec. Litig.*,
No. C 05 2146 SBA, 2006 WL 1469654 (N.D. Cal. May 24, 2006) ......................... 3

*In re Verisign, Inc. Deriv. Litig.*,
No. C-06-4165 PJH, 2007 WL 2705221 (N.D. Cal. Sept 24, 2007) .......................... 4

*SEC v. Baxter*,
No. C -05-3843 RMW, 2007 WL 2013958 (N.D. Cal. July 11, 2007) ...................... 5

*SEC v. Gann*,
No. Civ. A. 305 CV 00636, 2006 WL 616005 (N.D. Tex. Mar. 13, 2006) ............... 6

*SEC v. Kahn*,
No. 99 C 6343, 2002 WL 1163723 (N.D. Ill. May 31, 2002) ..................................... 7

*SEC v Lucent Techs. Inc.*,
No CIV 04-2315 MHW, 2005 WL 1206841 (D. N.J. May 20, 2005) ....................... 8

*SEC v. Morris*,
No. Civ. A. H-04-3096, 2005 WL 2000665 (S.D. Tex. Aug. 18, 2005) .................... 9

*SEC v. Parnes*,
No. 01 CIV 0763 LL STHK, 2001 WL 1658275 (S.D.N.Y. Dec. 26, 2001) ........... 10

*SEC v. Roanoke Tech. Corp.*,
No. 6:05-CV-1880-ORL-31 KRS, 2006 WL 2470329 (M.D. Fla. Aug. 24, 2006) ... 11

*SEC v. Todd*,
No. 03 CV 2230 BEN WMC, 2007 WL 1574756 (S.D. Cal. May 30, 2007) .......... 12

*Weiss v. Amkor Technology, Inc.*,
No. CV07-0278 PHX-PGR, 2007 WL 2808224 (D. Ariz. Sept 25, 2007) ............... 13