```
 1  MELINDA HAAG (STATE BAR NO. 132612)
    mhaag@orrick.com
 2  JAMES A. MEYERS (ADMITTED PRO HAC VICE)
    jmeyers@orrick.com
 3  JAMES N. KRAMER (STATE BAR NO. 154709)
    jkramer@orrick.com
 4  MOJI SANIEFAR (STATE BAR NO. 233330)
    msaniefar@orrick.com
 5  RANDALL S. LUSKEY (STATE BAR NO. 240915)
    rluskey@orrick.com
 6  LUCY E. BUFORD (STATE BAR NO. 244885)
    lbuford@orrick.com
 7  ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
 8  405 Howard Street
    San Francisco, CA  94105-2669
 9  Telephone:    +1-415-773-5700
    Facsimile:    +1-415-773-5759
10
    Attorneys for Defendant
11  LISA C. BERRY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LISA C. BERRY,<br><br>　　　　　　Defendant. | Case No.  5:07-cv-04431 RMW HRL<br><br>**[PROPOSED] ORDER DISMISSING THE COMPLAINT WITHOUT LEAVE TO AMEND**<br><br>Date:　　　　February 15, 2008<br>Time:　　　　9:00 a.m.<br>Courtroom:  6, Fourth Floor |

Defendant, Lisa C. Berry, has filed a Motion to Dismiss the Complaint for failure to state a claim upon which relief can be granted under Federal Rules of Civil Procedure 9(b) and 12(b)(6). The Court, having reviewed all papers submitted in connection with the objection, hereby ORDERS that Ms. Berry's Motion is GRANTED and the Complaint is DISMISSED WITHOUT LEAVE TO AMEND.

IT IS SO ORDERED.

Dated:

_____
RONALD M. WHYTE
United States District Court Judge