```
 1  MELINDA HAAG (STATE BAR NO. 132612)
    mhaag@orrick.com
 2  JAMES A. MEYERS (ADMITTED PRO HAC VICE)
    jmeyers@orrick.com
 3  JAMES N. KRAMER (STATE BAR NO. 154709)
    jkramer@orrick.com
 4  MOJI SANIEFAR (STATE BAR NO. 233330)
    msaniefar@orrick.com
 5  RANDALL S. LUSKEY (STATE BAR NO. 240915)
    rluskey@orrick.com
 6  LUCY E. BUFORD (STATE BAR NO. 244885)
    lbuford@orrick.com
 7  ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
 8  405 Howard Street
    San Francisco, CA  94105-2669
 9  Telephone:   +1-415-773-5700
    Facsimile:   +1-415-773-5759
10
    Attorneys for Defendant
11  LISA C. BERRY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>LISA C. BERRY,<br><br>Defendant. | Case No. 5:07-cv-04431 RMW HRL<br><br>**DECLARATION OF MOJI SANIEFAR IN SUPPORT OF DEFENDANT LISA C. BERRY'S MOTION TO DISMISS THE SECURITIES AND EXCHANGE COMMISSION'S COMPLAINT**<br><br>Date:       February 15, 2008<br>Time:       9:00 a.m.<br>Courtroom:  6, Fourth Floor |

1   I, Moji Saniefar, hereby declare:

2   1.    I am a member of the State Bar of California and an associate with the firm of Orrick, Herrington & Sutcliffe LLP, attorneys of record for defendant Lisa C. Berry. I respectfully submit this declaration, with the exhibits attached thereto, in support of Defendant Lisa C. Berry's motion to dismiss the Complaint of Plaintiff Securities and Exchange Commission ("SEC"). I have personal knowledge of the matters set forth herein, and could and would testify competently to them if asked to do so.

3   2.    On November 1, 2007, I emailed Mr. Jeremy Pendrey, one of the counsel for the SEC in this action, and requested certain documents quoted or referenced in the SEC's complaint in this action. Mr. Pendrey kindly agreed to my request and on November 6, 2007, I received from Ms. Elena Ro, another counsel for the SEC in this action, the requested documents as described below.

4   3.    Attached hereto as Exhibit A is a document bates numbered MLB/KLA-SEC 00052520 - MLB/KLA-SEC 00052521, which is a true and correct copy of a document produced by the SEC in response to my request. This is the document described in ¶ 31 of the SEC's Complaint, i.e., what the SEC characterizes as a communication between Ms. Berry and a "KLA HR employee" questioning Ms. Berry "about the propriety of backdating the grant to October 19, 1998."

5   4.    Attached hereto as Exhibit B is a document bates numbered KLA-SEC 000126 - KLA-SEC 000147, which is a true and correct copy of a document produced by the SEC in response to my request. This is the document described in ¶ 33 of the SEC's Complaint, i.e., what the SEC characterizes as "a memorandum" Ms. Berry wrote "in November 1998 in which she acknowledged that repricing executive stock options by using an earlier grant date with a lower price would result in KLA having to take 'a charge to its P&L.' "

- 1 -

DECLARATION OF MOJI SANIEFAR IN SUPPORT OF
DEFENDANT LISA C. BERRY'S MOTION TO DISMISS THE
COMPLAINT - CASE NO. 5:07-CV-04431 RMW HRL

1 |     I declare under penalty of perjury that the foregoing is true and correct to the best of my
2 | knowledge, understanding and belief.
3 |
4 | Dated: November 19, 2007
5 |                                                         MOJI SANIEFAR

- 2 -

DECLARATION OF MOJI SANIEFAR IN SUPPORT OF
DEFENDANT LISA C. BERRY'S MOTION TO DISMISS THE
COMPLAINT - CASE NO. 5:07-CV-04431 RMW HRL