# EXHIBIT G

| | |
|---|---|
| From: | Berry, Lisa |
| Sent: | Friday, December 04, 1998 2:37 PM |
| To: | Nyberg, Joy |
| Cc: | Nordstrom, Mark; Orlando, Sharon; Wilson, Leslie |
| Subject: | RE: 100 shares memo |
| Importance: | High |

My replies are inline.

| | |
|---|---|
| From: | Nyberg, Joy |
| Sent: | Friday, December 04, 1998 2:42 PM |
| To: | Berry, Lisa |
| Cc: | Nordstrom, Mark; Orlando, Sharon; Wilson, Leslie |
| Subject: | RE: 100 shares memo |

Lisa,
There are two issues that I am concerned with.
The first is whether we would be able to pass the "audit" test of not setting a date in the past in order to get a better price. Since the date and price were not announced at the All Employee Meeting on November 5th and a memo went out from Ken Levy to all employees stating that the decision would be made at a meeting between November 5 and December 31, it looks like we are picking the October 19th date for the price. If I am reading your response correctly, it sounds like from a legal standpoint you think we could pass the audit test if challenged. Please confirm.
A second concern, is employee confusion over why the date is different than what was stated in the memo issued to them. Employees will not necessarily know that the October 19th price is the lowest for the time period. How can we revise this new memo to cover these issues? Or can we address this somehow in a Q & A--for example:
Question: "I thought the date and price of the stock option grant was going to be determined at a meeting of the Stock Option Committee between **November 5, 1998** and December 31, 1998. How were they able to chose October 19, 1998 as the date?
Answer: The Board of Directors met on October 19 and authorized the Stock Option Committee to determine the actual date and price of the stock. The Stock Option Committee chose October 19 as the grant date."
Does anyone else feel this should be a concern? Or have a better approach to resolve?

| | |
|---|---|
| From: | Berry, Lisa |
| Sent: | Thursday, December 03, 1998 4:11 PM |
| To: | Orlando, Sharon; Wilson, Leslie |
| Cc: | Nordstrom, Mark; Nyberg, Joy |
| Subject: | RE: 100 shares memo |
| Importance: | High |

I think we can use the October 19 date because that was the date it was discussed at the board meeting - the approval date was up to the stock option committee. November 5 came up because that was the date of the all employee meeting. I don't think anyone is going to argue since the price was lower on October 19.

| | |
|---|---|
| From: | Wilson, Leslie |
| Sent: | Thursday, December 03, 1998 1:15 PM |
| To: | Berry, Lisa; Orlando, Sharon |
| Cc: | Nordstrom, Mark; Nyberg, Joy |
| Subject: | RE: 100 shares memo |
| Importance: | High |

My comments on the memo are as follows:

* The October 19th date is in conflict with what was communicated in Ken's first memo i.e. "The date and price of the stock option grant will be determined at a meeting of the Stock Option Committee that will

F.O.I.A. Confidential Treatment Requested

MLB/KLA-SEC 00052520

take place between **November 5, 1998** and December 31, 1998." If we can choose the October 19th date, then maybe there should be some communication around this. This is Lisa's call.

- I am assuming that the "From" in the memo will be replaced with Ken Levy's name.

Regarding the question on educational meetings:

- I think the Q & A is an excellent idea and should include enough information so that employees understand what this is.

- We plan on holding regular annual stock option educational meetings after the first of the year. These meetings may not be appropriate for this group of employees. The regular meeting is focused on "wealth accumulation". The message is somewhat different for this group. If we can construct a Q&A to do a base level education, then additional meetings may not be necessary. If we believe that additional education is necessary for this group, then a new presentation and a separate set of meetings would probably be more appropriate. Please let me review the Q&A when it is completed.

*Leslie Wilson*

Director, Compensation, Benefits and HRIS/Records
KLA-Tencor Corporation
One Technology Drive
Milpitas, CA 95035
Direct Phone: (408) 875-7157
Fax: (408) 571-2737

---

From: Orlando, Sharon
Sent: Thursday, December 03, 1998 10:30 AM
To: Nordstrom, Mark; Wilson, Leslie; Nyberg, Joy; Berry, Lisa
Subject: 100 shares memo
Importance: High

Attached is a draft of the cover memo for the 100 shares option packages. I will be working on a Q&A to enclose with the package. Hopefully this will prevent some phone calls. There was a mention of employee meetings in the e-mail sent out. Do we want to mention the meeting in the memo? Has anything been decided about the dates, times and locations of these meetings?

<< File: Special Option Memo.doc >>

2

F.O.I.A. Confidential Treatment Requested

MLB/KLA-SEC 00052521