UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: December 14, 2007

Case No. C-07-04431-RMW        JUDGE: Ronald M. Whyte

SECURITIES AND EXCHANGE COMMISSION  -v- LISA C. BERRY
Title

Appeared                                              Appeared
Attorneys Present                                     Attorneys Present

COURT CLERK: Jackie Garcia          COURT REPORTER: Not Reported

PROCEEDINGS

CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

Hearing Held.  Plaintiff has turned over discovery to the defense.  Defense to obtain privilege documents from third parties.  Within the next ninety days, defense to conduct written discovery from third parties. The deposition of Berry shall go forward.  No deposition discovery shall go forward.  The Court set a Further Case Management Conference for 3/14/08 @ 10:30 am.