MELINDA HAAG (STATE BAR NO. 132612)
mhaag@orrick.com
JAMES A. MEYERS (ADMITTED *PRO HAC VICE*)
jmeyers@orrick.com
JAMES N. KRAMER (STATE BAR NO. 154709)
jkramer@orrick.com
MOJI SANIEFAR (STATE BAR NO. 233330)
msaniefar@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   415-773-5700
Facsimile:    415-773-5759

Attorneys for Defendant
LISA C. BERRY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br><br>   v.<br><br>LISA C. BERRY,<br><br>             Defendant. | Case No.  5:07-cv-04431 RMW HRL<br><br>**SUPPLEMENTAL APPENDIX OF AUTHORITY NOT PUBLISHED IN OFFICIAL REPORTERS IN SUPPORT OF DEFENDANT LISA C. BERRY'S REPLY TO MOTION TO DISMISS THE SECURITIES AND EXCHANGE COMMISSION'S COMPLAINT**<br><br>Date:           February 15, 2008<br>Time:          9:00 a.m.<br>Courtroom: 6, Fourth Floor |

**APPENDIX OF UNPUBLISHED AUTHORITY**

**CASES**                                                                                   **EXHIBIT**

*In re Enron Corp. Sec. Deriv. & "ERISA" Litig.*,
No. MDL-1446, Civ. A. H-01-3624, Civ. A. H-04-0088, 2005 WL. 3704688 (S.D. Tex. Dec. 5, 2005) ……………………………………………………..………………………1

*In re Hansen Natural Corp. Sec. Litig.*,
No. CV 06-7599-JFW (PLAx), 2007 WL. 3244646 (C.D. Cal. Oct. 16, 2007) … ………2

*Mat-Van, Inc. v. Sheldon Good & Co. Auctions, LLC*,
No. 07-CV-912-IEG (BLM), 2007 WL 3047093 (S.D. Cal. Oct. 16, 2007) …..…………3

*SEC v. Collins & Aikman Corp.*,
No. 07 CIV. 2419 (SAS), 2007 WL. 4480025 (S.D.N.Y. Dec. 21, 2007)…………..……..4

*SEC v. Orr*,
No. 04-74702, 2006 WL. 542986 (E.D. Mich. Mar. 6, 2006) ………… …….…………..5

*SEC v. Todd*,
No. 03CV2230 BEN WMC, 2006 WL. 1564892 (S. D. Cal. May 30, 2006)………..……6

*U.S. v. Hallmark Homes*,
No. CV01-432-N-EJL, 2003 WL. 23219807 (D. Idaho Sept. 29, 2003)..…………………7