UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: February 15, 2008

Case No. C-07-04431-RMW            JUDGE: Ronald M. Whyte

SECURITIES & EXCHANGE COMMISSION    -V- LISA C. BERRY
Title

S. LaMarca, M. Fickes, J. Pendrey          M. Haag, J. Meyers, M. Saniefar
Attorneys Present                          Attorneys Present

COURT CLERK: Jackie Garcia         COURT REPORTER: Lee-Anne Shortridge

PROCEEDINGS

DEFENDANT'S MOTION TO DISMISS

**ORDER AFTER HEARING**

Hearing Held. The Court heard oral argument from counsel. The Court took the matter under submission.

The Court to send out a ruling to the parties. The matter is deemed submitted.