MARC J. FAGEL (Cal. Bar No. 154425)
SUSAN F. LaMARCA (Cal. Bar No. 213251)
  lamarcas@sec.gov
MARK P. FICKES (Cal. Bar No. 178570)
  fickesm@sec.gov
JEREMY E. PENDREY (Cal. Bar No. 187075)
  pendreyj@sec.gov
ELENA RO (Cal. Bar No. 197308)
  roe@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  vs.<br><br>LISA C. BERRY,<br><br>    Defendant. | Case No. C-07-4431-RMW (HRL)<br><br>**UPDATED JOINT CASE MANAGEMENT STATEMENT**<br><br>CMC Date: April 4, 2008<br>Time:          10:30 a.m.<br>Location:    Courtroom 6, 4th Floor<br>                   Hon. Ronald M. Whyte |

On December 14, 2007, at the parties' Initial Joint Case Management Conference, the Court set a further case management conference ("CMC") for March 14, 2008. The parties submitted a Subsequent Joint Case Management Statement on February 29, 2008 ("Subsequent Statement") in anticipation of the March 14, 2008 CMC. On March 11, 2008, notice was received from the Court continuing the case management conference to April 4, 2008 and requiring the parties to file a revised joint case management statement by March 28, 2008. Pursuant to the Northern District's Local Rule 16-9(d), plaintiff Securities and Exchange Commission ("SEC" or "Commission") and defendant Lisa C. Berry ("Ms. Berry") submit this

```
```

Updated Joint Case Management Statement detailing subsequent activity since the Subsequent Statement.

## I. PROGRESS OR CHANGES SINCE THE SUBSEQUENT STATEMENT

### A. The Commission's Description

During the initial CMC, held December 14, 2007, the Court indicated that the deposition of defendant would go forward, as is reflected in the Court's Minute Order dated December 20, 2007 (Docket No. 22). The Court further ordered: "Within the next ninety days, defense to conduct written discovery from third parties." *Id*. At the defendant's request, the Court put over deposition discovery (*id*.), but there was no discussion of any other limitations on discovery, including document requests directed to the defendant.

Since the last CMC statement filed by the parties on February 29, 2008, the Commission has served written document requests on defendant pursuant to Rule 34, responses to which are due 30 days after service (served on March 14, 2008). Although the Commission provided copies of documents to defendant described in our Initial Disclosures, defendant has not provided the Commission copies of documents categorized in her initial disclosures. Consequently, Rule 34 requests are both appropriate and necessary.

### B. Ms. Berry's Description

#### 1. Document Subpoenas to Third Parties

At the December 14, 2007 Case Management Conference, the Court indicated that within the next ninety days, Ms. Berry should begin submitting subpoenas for the production of documents to third parties. In accordance with that instruction, and pursuant to Fed. R. Civ. P. 45, to date, Ms. Berry has issued more than 35 subpoenas and is in the process of issuing additional subpoenas.

#### 2. The Commission's Request for Production of Documents to Ms. Berry

On March 14, 2008, Ms. Berry received the Commission's First Request for Production of Documents. Ms. Berry believes that this request is premature and impermissible in light of the Court's Order following the December 14, 2007 CMC. In that Order, the Court permitted only "defense to conduct written discovery from third parties." *See* Docket No. 22.

3.     Disclosures

On October 31, 2007, the parties exchanged initial disclosures pursuant to Fed. R. Civ. P. 26. Since then, Ms. Berry has identified additional persons who may have discoverable information that she may use to support her claims or defenses. On March 4, 2008, Ms. Berry provided the Commission with supplemental disclosures identifying these individuals.

DATED:   March 28, 2008                    Respectfully submitted,


/s/ Susan F. LaMarca
Susan F. LaMarca
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION


/s/ Melinda Haag
Melinda Haag
ORRICK, HERRINGTON & SUTCLIFFE LLP
Attorneys for Defendant
LISA C. BERRY