IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LISA C. BERRY,<br><br>　　　　Defendant. | ***E-FILED - 4/3/08***<br><br>CASE NO.: C-07-04431-RMW<br><br>**CLERK'S NOTICE OF CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

　　PLEASE TAKE NOTICE that the Case Management Conference in the above-entitled matter which was previously set for April 4, 2008, has been continued to **May 2, 2008 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

　　If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED: April 3, 2008

_____
JACKIE GARCIA
Courtroom Deputy for
Honorable Ronald M. Whyte

1  Copy of Order E-Filed to Counsel of Record: