1  MELINDA HAAG (STATE BAR NO. 132612)
   mhaag@orrick.com
2  JAMES A. MEYERS (ADMITTED *PRO HAC VICE*)
   jmeyers@orrick.com
3  JAMES N. KRAMER (STATE BAR NO. 154709)
   jkramer@orrick.com
4  MOJI SANIEFAR (STATE BAR NO. 233330)
   msaniefar@orrick.com
5  REBECCA F. LUBENS (STATE BAR NO. 240683)
   rlubens@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
7  405 Howard Street
   San Francisco, CA  94105-2669
8  Telephone:    415-773-5700
   Facsimile:    415-773-5759
9
   Attorneys for Defendant
10 Lisa C. Berry

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                           SAN JOSE DIVISION
14

15 
   SECURITIES AND EXCHANGE                  Case No.  5:07-cv-04431 RMW HRL
16 COMMISSION,
                                            **STIPULATION AND [PROPOSED]
17              Plaintiff,                  ORDER CONTINUING CASE
                                            MANAGEMENT CONFERENCE TO
18        v.                                MAY 9, 2008**

19 LISA C. BERRY,

20              Defendant.

21

22

23

24

25

26

27

28

OHS West:260417665.1

1  The parties, through their undersigned counsel, hereby stipulate and agree that the
2  Case Management Conference currently set for May 2, 2008 at 10:30 a.m., before the
3  Honorable Judge Ronald M. Whyte, shall be continued to May 9, 2008 at 10:30 a.m. in
4  Courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

Dated: April 8, 2008

MARK J. FAGEL
SUSAN F. LAMARCA
MARK P. FICKES
JEREMY E. PENDREY
ELENA RO
Securities and Exchange Commission

*/s/ Susan F. Lamarca*
SUSAN F. LAMARCA
Attorneys for Plaintiff
Securities and Exchange Commission

Dated: April 8, 2008

MELINDA HAAG
JAMES A. MEYERS
JAMES N. KRAMER
MOJI SANIEFAR
REBECCA F. LUBENS
Orrick, Herrington & Sutcliffe LLP

/s/ *Melinda Haag*
MELINDA HAAG
Attorneys for Defendant
Lisa C. Berry

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____    _____

The Honorable Ronald M. Whyte
United States District Court Judge

Orrick hereby attests that it has obtained approval for any signatures indicated by "/s/" within this e-filed document.
OHS West:260417665.1                 - 1 -                STIPULATION AND [PROPOSED] ORDER CONTINUING CASE
                                                          MANAGEMENT CONFERENCE TO MAY 9, 2008
                                                          CASE NO. 5:07-CV-04431 RMW HRL