MELINDA HAAG (STATE BAR NO. 132612)
mhaag@orrick.com
JAMES A. MEYERS (ADMITTED *PRO HAC VICE*)
jmeyers@orrick.com
JAMES N. KRAMER (STATE BAR NO. 154709)
jkramer@orrick.com
MOJI SANIEFAR (STATE BAR NO. 233330)
msaniefar@orrick.com
REBECCA F. LUBENS (STATE BAR NO. 240683)
rlubens@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     415-773-5700
Facsimile:     415-773-5759

Attorneys for Defendant
Lisa C. Berry

*E-FILED - 4/17/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LISA C. BERRY,<br><br>　　　　　Defendant. | Case No.  5:07-cv-04431 RMW HRL<br><br>**STIPULATION AND []<br>ORDER CONTINUING CASE<br>MANAGEMENT CONFERENCE TO<br>MAY 9, 2008** |

The parties, through their undersigned counsel, hereby stipulate and agree that the Case Management Conference currently set for May 2, 2008 at 10:30 a.m., before the Honorable Judge Ronald M. Whyte, shall be continued to May 9, 2008 at 10:30 a.m. in Courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

Dated: April 8, 2008

MARK J. FAGEL
SUSAN F. LAMARCA
MARK P. FICKES
JEREMY E. PENDREY
ELENA RO
Securities and Exchange Commission

  /s/ *Susan F. Lamarca*
SUSAN F. LAMARCA
Attorneys for Plaintiff
Securities and Exchange Commission

Dated: April 8, 2008

MELINDA HAAG
JAMES A. MEYERS
JAMES N. KRAMER
MOJI SANIEFAR
REBECCA F. LUBENS
Orrick, Herrington & Sutcliffe LLP

  /s/ *Melinda Haag*
MELINDA HAAG
Attorneys for Defendant
Lisa C. Berry

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 4/17/08                               *Ronald M. Whyte*

The Honorable Ronald M. Whyte
United States District Court Judge

Orrick hereby attests that it has obtained approval for any signatures indicated by "/s/" within this e-filed document.

OHS West:260417665.1 — - 1 - — STIPULATION AND [] ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO MAY 9, 2008
CASE NO. 5:07-CV-04431 RMW HRL