UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: May 9, 2008

Case No. C-07-04431-RMW        JUDGE: Ronald M. Whyte

**SECURITIES & EXCHANGE COMMISSION   -V- LISA C. BERRY**
Title

S. LaMarca                                              M. Haag, J. Kramer
**Attorneys Present (Plaintiff)**              **Attorneys Present (Defendant)**

**COURT CLERK:** Jackie Garcia            **COURT REPORTER:** Not Reported

PROCEEDINGS

FURTHER CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

Hearing Held. Plaintiff may amend complaint. Parties shall proceed with written discovery. Deposition discovery shall commence after the next CMC, unless defendant can set forth reasons why deposition discovery should not go forward and the specific motions that need to be made prior to the depositions. The Court set a Further Case Management Conference for 7/18/08 @ 10:30 AM. The parties are to file a proposed discovery plan by 7/11/08. Plaintiff to prepare order following the conference.