MARC J. FAGEL (Cal. Bar No. 154425)
SUSAN F. LaMARCA (Cal. Bar No. 213251)
  lamarcas@sec.gov
MARK P. FICKES (Cal. Bar No. 178570)
  fickesm@sec.gov
JEREMY E. PENDREY (Cal. Bar No. 187075)
  pendreyj@sec.gov
ELENA RO (Cal. Bar No. 197308)
  roe@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

*E-FILED - 5/22/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  vs.<br><br>LISA C. BERRY,<br><br>    Defendant. | Case No. C-07-4431-RMW (HRL)<br><br>**[] ORDER REGARDING<br>CASE MANAGEMENT CONFERENCE** |

On May 9, 2008, the Court held a further Case Management Conference. During the conference, the Court set a further Case Management Conference for July 18, 2008, at 10:30 a.m. The Court further ordered:

The parties may proceed with document discovery. Deposition discovery will commence in 60 days (after the further CMC on July 18, 2008), unless Ms. Berry sets forth reasons why deposition discovery should not commence and the specific motions that must be made prior to the commencement of depositions.

1  The parties shall file a Joint Case Management Statement with the Court ten days prior to the
2  July 18, 2008 Case Management Conference. In the Joint CMC Statement, the parties will include
3  the following:

4    1.    Each party will set forth the deposition discovery the party intends to conduct
5         during this case.

6    2.    Each party will describe the document discovery conducted to date. In particular,
7         Ms. Berry will describe any assertions of privilege that have limited her ability to
8         obtain document discovery, and will further set forth any motions she believes
9         must be made prior to the commencement of deposition discovery.

10    3.    If Ms. Berry believes that such privilege issues would make it unfair for her
11         deposition to go forward presently, she will describe why and what needs to be
12         done before her deposition may go forward.

14  IT IS SO ORDERED.

20  DATE: 5/22/08

*Ronald M. Whyte*
Ronald M. Whyte
UNITED STATES DISTRICT JUDGE