MELINDA HAAG (STATE BAR NO. 132612)
mhaag@orrick.com
JAMES A. MEYERS (ADMITTED *PRO HAC VICE*)
jmeyers@orrick.com
JAMES N. KRAMER (STATE BAR NO. 154709)
jkramer@orrick.com
NANCY E. HARRIS (STATE BAR NO. 197042)
nharris@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1-415-773-5700
Facsimile:   +1-415-773-5759

Attorneys for Defendant
Lisa C. Berry

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>     v.<br><br>LISA C. BERRY,<br><br>            Defendant. | Case No.  C 07 4431 RMW HRL<br><br>**DECLARATION OF REBECCA LUBENS IN SUPPORT OF LISA C. BERRY'S MOTION TO DISMISS THE SEC'S FIRST AMENDED COMPLAINT**<br><br>Date:         August 15, 2008<br>Time:         9:00 a.m.<br>Courtroom: 6, Fourth Floor. |

I, Rebecca Lubens, hereby declare:

1. I am a member of the State Bar of California and an associate with the firm of Orrick, Herrington & Sutcliffe LLP, attorneys of record for Lisa C. Berry. I respectfully submit this declaration, with the exhibit attached thereto, in support of Lisa C. Berry's motion to dismiss the First Amended Complaint filed by Plaintiff Securities and Exchange Commission ("SEC"). I have personal knowledge of the matters set forth herein, and could and would testify competently to them if asked to do so.

2. Attached hereto as Exhibit A is a true and correct copy of a "blackline" of the First Amended Complaint showing all changes and revisions with respect to the SEC's original complaint. Exhibit A was created using Workshare.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, understanding and belief.

Dated: June 20, 2008

/s/ Rebecca Lubens
REBECCA LUBENS