1  MELINDA HAAG (STATE BAR NO. 132612)
   mhaag@orrick.com
2  JAMES A. MEYERS (ADMITTED *PRO HAC VICE*)
   jmeyers@orrick.com
3  JAMES N. KRAMER (STATE BAR NO. 154709)
   jkramer@orrick.com
4  NANCY E. HARRIS (STATE BAR NO. 197042)
   nharris@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
6  405 Howard Street
   San Francisco, CA  94105-2669
7  Telephone:     +1-415-773-5700
   Facsimile:     +1-415-773-5759
8
   Attorneys for Defendant
9  Lisa C. Berry

10

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                            SAN JOSE DIVISION

14

15  SECURITIES AND EXCHANGE          Case No.  C 07 4431 RMW HRL
    COMMISSION,
16                                   **[PROPOSED] ORDER DISMISSING
                 Plaintiff,          SEC'S FIRST AMENDED
17                                   COMPLAINT WITHOUT LEAVE TO
         v.                          AMEND AND GRANTING REQUEST
18                                   FOR JUDICIAL NOTICE**
    LISA C. BERRY,
19                                   Date:        August 15, 2008
                 Defendant.          Time:        9:00 a.m.
20                                   Courtroom:   6, Fourth Floor

21

22

23

24

25

26

27

28

Defendant Lisa C. Berry has filed a Motion to Dismiss the SEC's First Amended Complaint for failure to state a claim upon which relief can be granted under Federal Rules of Civil Procedure 9(b) and 12(b)(6). The Court, having heard the arguments of all parties and having considered all documents filed in support of and in opposition to said motion, hereby ORDERS that Ms. Berry's Motion is GRANTED, upon the following grounds:

1. The first, third, fourth and tenth claims for relief alleged in the SEC's First Amended Complaint fail to state a claim upon which relief can be granted. Given that the Court has previously given the SEC leave to amend and that the SEC's new allegations are still insufficient, these claims are dismissed without leave to amend. Fed. R. Civ. P. 9(b) and 12(b)(6).

2. The SEC has not adequately pled the elements of equitable tolling of the statute of repose set forth at 28 U.S.C. § 2462. Accordingly, any civil penalty for alleged conduct occurring more than five years before the filing of the original Complaint is barred.

The Court further ORDERS that the Request for Judicial Notice in Support of Lisa C. Berry's Motion to Dismiss the SEC's First Amended Complaint is GRANTED.

IT IS SO ORDERED.

Dated: _____

_____
RONALD M. WHYTE
United States District Court Judge