1  MELINDA HAAG (STATE BAR NO. 132612)
   mhaag@orrick.com
2  JAMES A. MEYERS (*ADMITTED PRO HAC VICE*)
   jmeyers@orrick.com
3  JAMES N. KRAMER (STATE BAR NO. 154709)
   jkramer@orrick.com
4  NANCY E. HARRIS (STATE BAR NO. 197042)
   nharris@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
6  405 Howard Street
   San Francisco, CA  94105-2669
7  Telephone:   +1-415-773-5700
   Facsimile:   +1-415-773-5759
8
   Attorneys for Defendant
9  Lisa C. Berry

10
11                     UNITED STATES DISTRICT COURT
12                    NORTHERN DISTRICT OF CALIFORNIA
13                            SAN JOSE DIVISION
14

15  SECURITIES AND EXCHANGE           Case No.  C 07 4431 RMW HRL
    COMMISSION,
16                                    **PROPOSED ORDER GRANTING
              Plaintiff,              DEFENDANT LISA C. BERRY'S
17                                    MOTION TO STRIKE**
         v.
18                                    Date:      August 15, 2008
    LISA C. BERRY,                    Time:      9:00 a.m.
19                                    Courtroom: 6, Fourth Floor
              Defendant.
20
21
22
23
24
25
26
27
28

1  Defendant Lisa C. Berry's Motion to Strike came on scheduled for hearing on Friday,
2  August 15, 2008 at 9:00 am in the courtroom of the Honorable Ronald M. Whyte. All parties
3  were represented by their respective counsel of record. The Court having heard the arguments of
4  all parties and having considered all documents filed in support of and in opposition to said
5  motion, and good cause appearing therefore,

6  IT IS HEREBY ORDERED THAT:

7  1.  Ms. Berry's Motion to Strike Plaintiff Securities and Exchange Commission's
8  Prayer for Relief for disgorgement of Ms. Berry's ill-gotten gains (FAC, p. 28, II) is GRANTED,
9  pursuant to Rule 12(f) of the Federal Rules of Civil Procedure.

11  IT IS SO ORDERED.

13  DATE: _____
14  Hon. Ronald M. Whyte

- 1 -

[PROPOSED] ORDER ON MOTION TO STRIKE
C 07 4431 RMW HRL