UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: July 18, 2008

Case No. C-07-04431-RMW    JUDGE: Ronald M. Whyte

SECURITIES AND EXCHANGE COMMISSION -V- LISA C. BERRY
Title

S. LaMarca    M. Haag, J. Kramer
Attorneys Present (Plaintiff)    Attorneys Present (Defendant)

COURT CLERK: Jackie Garcia    COURT REPORTER: Not Reported

PROCEEDINGS

FURTHER CASE MANAGEMENT CONFERENCE

ORDER AFTER HEARING

Hearing Held. Defense is waiting for critical documents before depositions begin. The Court orders the deposition discovery to begin 10/1/08. The parties are to meet/confer re: deposition of witnesses.