1  MARC J. FAGEL (Cal. Bar No. 154425)
   fagelm@sec.gov
2  SUSAN F. LaMARCA (Cal. Bar No. 213251)
   lamarcas@sec.gov
3  MARK P. FICKES (Cal. Bar No. 178570)
   fickesm@sec.gov
4  JEREMY E. PENDREY (Cal. Bar No. 187075)
   pendreyj@sec.gov
5  ELENA RO (Cal. Bar No. 197308)
   roe@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    vs.<br><br>LISA C. BERRY,<br><br>    Defendant. | Case No. C-07-4431-RMW (HRL)<br><br>**SECURITIES AND EXCHANGE COMMISSION'S REQUEST FOR JUDICIAL NOTICE (IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS THE FIRST AMENDED COMPLAINT)**<br><br>Date: August 15, 2008<br>Time: 9:00 a.m.<br>Location: Courtroom 6, 4th Floor<br>            Hon. Ronald M. Whyte |

1        Plaintiff Securities and Exchange Commission ("Commission") hereby requests that the Court take judicial notice of two documents referred to in the Commission's First Amended Complaint ("FAC") and in defendant's Motion to Dismiss the FAC.

      As defendant agrees, under Federal Rule of Evidence 201, the Court may take judicial notice of documents referred to in a complaint, where the documents are publicly available and their authenticity is not disputed. *In re Silicon Graphics, Inc. Sec. Litig.*, 970 F. Supp. 746, 758 (N.D. Cal. 1997). Judicial notice is appropriate when the documents referred to are relevant to the issues addressed on the motion.

      Here, judicial notice of two documents, the 1999 annual report of Juniper Networks filed on Form 10-K and KLA-Tencor's 1999 Definitive Proxy Statement – attached as Exhibits 1 and 2 hereto – should be taken as each are referred to in the defendant's motion to dismiss. Both documents are from the publicly available filings at the Commission's Edgar website, available at http://www.sec.gov/edgar/searchedgar/companysearch.html (in the format retrievable in plain text). For the sake of brevity, and to avoid cluttering the Court's record unnecessarily, the Commission attaches the pages from these publicly-filed reports that are specifically cited in the Commission's Opposition, although other pages from these filings are referred to in the Commission's FAC.

      Accordingly, the Commission respectfully asks that the Court take judicial notice of Exhibits 1 and 2 in considering defendant's latest motion to dismiss.

DATED: July 25, 2008                Respectfully Submitted,

/s/
Susan F. LaMarca
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION