

ORRICK, HERRINGTON & SUTCLIFFE
THE ORRICK BUILDING
405 HOWARD STREET
SAN FRANCISCO, CALIFORNIA

tel +1-415-773-5700
fax +1-415-773-5759

WWW.ORRICK.COM

August 15, 2008

James A. Meyers
(415) 773-5700
jmeyers@orrick.com

**VIA FACSIMILE**

Hon. Ronald M. Whyte
U.S. District Court Judge
U.S. District Court, N.D. Cal.
280 South First Street
Courtroom 3, 5th Floor
San Jose, CA 95113-3008

Re:   Securities and Exchange Commission v. Berry, Case No. 5:07-cv-04431 RMW (HRL)

Dear Judge Whyte:

As counsel for Lisa C. Berry, I write to provide the Court with additional information regarding a question raised during this morning's hearing on Ms. Berry's Motion to Dismiss the SEC's First Amended Complaint. Your Honor asked what occurs with a stock option grant after employment terminates. When I responded that option grants naturally expire under the terms of the stock option agreement, you inquired whether this fact is in the record. I incorrectly answered no.

In fact, the expiration of an option grant after a grantee's termination of employment, under both KLA's and Juniper's stock option plans, is referenced in Exhibits B, D, and H to Ms. Berry's Request for Judicial Notice, filed on June 20, 2008; and in Exhibit 1 to the SEC's Request for Judicial Notice, filed July 25, 2008:

- KLA DEF 14A filed 10/15/99 (Docket #50-3, at p. 16): Under the table of options granted to named executive officers, footnote (2) reads: "The material terms of the grants (other than those set forth in the table) are: ... (d) the options are non-transferrable and are only exercisable during the period of employment of the optionee and for **30 days following termination of employment** ..."

- KLA S-8 filed 8/7/98 (Docket #50-5): This registration form attached KLA's 1982 Stock Plan (as amended on November 18, 1996) as Exhibit 10.74. The relevant section of the plan is set forth below:

    6.8 EFFECT OF TERMINATION OF SERVICE.

    (c) OTHER TERMINATION OF SERVICE. If an Optionee's Service with the Participating Company Group terminates for any reason, except Disability or death, any

OHS West:260493567.1


ORRICK

Hon. Ronald M. Whyte
August 15, 2008
Page 2

> Option granted to the Optionee, to the extent unexercised and exercisable on the date on which the Optionee's Service terminated, may be exercised by the Optionee (or other person who acquired the right to exercise the Option) at any time prior to the expiration of the Post-Service Exercise Period set forth in the Option Agreement evidencing such Option or such longer period as the Board, in its sole discretion, shall permit, but in any event no later than the Option Expiration Date. Unless otherwise determined by the Board at the time an Option is granted, for purposes of this Section 6.8(c), **the Post-Service Exercise Period shall be a period of one (1) month after the date on which the Optionee's Service terminated for any reason other than the Disability or death of the Optionee.**

- Juniper's 10-K for 1999 (Docket #61-2): Juniper's 1996 Stock Plan was attached to this 10K as Exhibit 10.2. The relevant passage of the stock plan is set forth below:

> 7. Termination of Relationship. In the event an Optionee's Continuous Status as an Employee or Consultant terminates, Optionee may, to the extent otherwise so entitled at the date of such termination (the "Termination Date"), **exercise this Option for a period of thirty (30) days after Optionee's employment or consulting relationship with the Company terminates**. To the extent that Optionee was not entitled to exercise this Option at the date of such termination, or **if Optionee does not exercise this Option within the time specified herein, the Option shall terminate**. If your status changes from Employee to Consultant or Consultant to Employee, this Option Agreement shall remain in effect. In no case may you exercise this Option after the Term/Expiration Date as provided above.

I apologize for any confusion this may have caused the Court.

Very truly yours,

*James Meyers* /KJS

James A. Meyers

cc:     Counsel (served via e-filing)

OHS West:260493567.1