UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: August 15, 2008

Case No. C-07-04431-RMW        JUDGE: Ronald M. Whyte

SECURITIES AND EXCHANGE COMMISSION -V- LISA C. BERRY
Title

S. LaMarca, M. Fickes, E. Ro              M. Haag, J. Meyers
Attorneys Present (Plaintiff)             Attorneys Present (Defendant)

COURT CLERK: Jackie Garcia               COURT REPORTER: Lee-Anne Shortridge

PROCEEDINGS

DEFENDANT 'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

ORDER AFTER HEARING

Hearing Held.  The Court heard oral argument from both sides.  The Court's tentative ruling: (1) The first, fourth and tenth claims with respect to proxy materials for KLA fro 1998 and Juniper from 2002-03 are dismissed with leave to amend.  There is no specific allegation of backdating that would have been reflected on these proxy materials.  (2) Motion to strike prayer for disgorgement is granted without prejudice.  There is no allegation that Berry exercise backdated options (as opposed to non-backdated options) or that she retains ownership of any backdated options.  (3) Plaintiffs will have 30 days to amend one last time.  The Court to send out a final ruling to the parties.  The matter is deemed submitted.