1  MELINDA HAAG (SBN 132612)
   *Email:  mhaag@orrick.com*
2  JAMES A. MEYERS (ADMITTED *PRO HAC VICE*)
   *Email:  jmeyers@orrick.com*
3  JAMES N. KRAMER (SBN 154709)
   *Email:  jkramer@orrick.com*
4  NANCY E. HARRIS (SBN 197042)
   *Email:  nharris@orrick.com*
5  REBECCA F. LUBENS (SBN 240683)
   *Email:  rlubens@orrick.com*
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
7  405 Howard Street
   San Francisco, CA  94105-2669
8  Telephone:   (415) 773-5700
   Facsimile:    (415) 773-5759

Attorneys for Defendant
LISA C. BERRY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LISA C. BERRY,<br><br>　　　　　　Defendant. | Case No.  C 07 4431 RMW HRL<br><br>**LISA C. BERRY'S ADMINISTRATIVE MOTION TO EXTEND THE PAGE LIMITS FOR HER MEMORANDUM IN SUPPORT OF HER MOTION TO COMPEL AND ALL SUBSEQUENT BRIEFINGS**<br><br>**Civil Local Rules 7-4(b) & 7-11** |

## I. RELIEF REQUESTED

Defendant Lisa C. Berry anticipates she may have a need to file a motion to compel further responses to discovery requests from third parties KLA-Tencor Corporation ("KLA"), the Special Committee of KLA's Board of Directors ("Special Committee") and Wilson Sonsini Goodrich and Rosati ("WSGR")  (collectively, the "Third Parties").  Pursuant to Rules 7-4(b) and 7-11 of the Civil Local Rules of this Court, Ms. Berry hereby seeks to extend the statutory page limits for the memoranda supporting any motion to compel, opposition to the motion to compel, and reply to the opposition as follows:  Ms. Berry's consolidated motion to compel against the Third Parties shall not exceed 40 pages; the Third Parties' separate opposition briefs shall not exceed 25 pages; and Ms. Berry's consolidated reply brief shall not exceed 25 pages.  Defendants consulted with the Third Parties, who agreed to extending the page limits on all memoranda as described.

## II. REASONS FOR SEEKING EXTENDED PAGE LIMITS

Civil Local Rules 7-11 and 7-4(b) of this Court permit a party to seek an expansion of the number of pages allowed in the supporting memoranda filed with any briefing.  Ms. Berry's request for additional pages for each memorandum is based on the fact that, in the interest of judicial efficiency, Ms. Berry anticipates filing one single consolidated motion against all Third Parties, each of whom received a separate Rule 45 subpoena for documents.  Ms. Berry desires the extension of page limits in order to ensure comprehensive briefing of the complex legal and factual issues in her motion and the Third Parties have agreed to stipulate to extending the page limits on all memoranda.  For these reasons, Ms. Berry believes that extending the page limits on all memoranda as described above will best serve the interests of the parties and the Court.  Therefore, Ms. Berry respectfully requests the Court grant her request to extend the number of pages allowed in each supporting memorandum.

Dated: September 9, 2008

MELINDA HAAG
JAMES A. MEYERS
JAMES N. KRAMER
NANCY E. HARRIS
REBECCA F. LUBENS

ORRICK, HERRINGTON & SUTCLIFFE LLP

　　　　　　　　　　　　*/s/ Rebecca Lubens*
　　　　　　　　　　　　　Rebecca Lubens

Attorneys for Defendant
Lisa C. Berry

2 　LISA C. BERRY'S MOTION TO COMPEL
FURTHER RESPONSES TO DISCOVERY REQUESTS
C 07 4431 RMW HRL