MELINDA HAAG (SBN 132612)
*Email: mhaag@orrick.com*
JAMES A. MEYERS (ADMITTED *PRO HAC VICE*)
*Email: jmeyers@orrick.com*
JAMES N. KRAMER (SBN 154709)
*Email: jkramer@orrick.com*
NANCY E. HARRIS (SBN 197042)
*Email: nharris@orrick.com*
REBECCA F. LUBENS (SBN 240683)
*Email: rlubens@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   (415) 773-5700
Facsimile:    (415) 773-5759

Attorneys for Defendant
LISA C. BERRY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br><br>      v.<br><br>LISA C. BERRY,<br><br>             Defendant. | Case No.  C 07 4431 RMW HRL<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669. On September 9, 2008, I served the following document(s):

- **STIPULATED AGREEMENT TO EXTEND THE PAGE LIMITS FOR LISA C. BERRY'S MEMORANDUM IN SUPPORT OF HER MOTION TO COMPEL AND ALL SUBSEQUENT BRIEFINGS AND [PROPOSED] ORDER**

- **LISA C. BERRY'S ADMINISTRATIVE MOTION TO EXTEND THE PAGE LIMITS FOR HER MEMORANDUM IN SUPPORT OF HER MOTION TO COMPEL AND ALL SUBSEQUENT BRIEFINGS**

on the interested parties in this action.

Dominique-Chantale Alepin
**WILSON SONSINI GOODRICH & ROSATI**
650 Page Mill Road
Palo Alto, CA 94304
*EmaiL dalepin@wsgr.com*

Matthew E. Sloan
**SKADDEN, ARPS, SLATE, MEAGER & FLOM LLP**
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
*Email: matthew.sloan@skadden.com*

Thomas R. Green
**MORGAN LEWIS & BOCKIUS LLP**
One Market Street
San Francisco, CA 94105
*Email: tgreen@morganlewis.com*

[x] **BY REGULAR U.S. MAIL**

On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

[x] **BY ELECTRONIC MAIL**

Pursuant to Civil Local Rule 5.1 and F.R.C.P. 5(e) I am personally and readily familiar with the business practice of Orrick Herrington & Sutcliffe LLP for collection and processing of document(s) to be transmitted electronically in Portable Document Format (PDF) via electronic mail.

1     I declare under penalty of perjury that the foregoing is true and correct.

2     Executed on September 9, 2008 at San Francisco, California.

                      */s/ Veronica A. Adelman*
                         Veronica A. Adelman