1  MELINDA HAAG (SBN 132612)
   *Email: mhaag@orrick.com*
2  JAMES A. MEYERS (ADMITTED *PRO HAC VICE*)
   *Email: jmeyers@orrick.com*
3  JAMES N. KRAMER (SBN 154709)
   *Email: jkramer@orrick.com*
4  NANCY E. HARRIS (SBN 197042)
   *Email: nharris@orrick.com*
5  REBECCA LUBENS (SBN 240683)
   *Email: rlubens@orrick.com*
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
7  405 Howard Street
   San Francisco, CA  94105-2669
8  Telephone:    (415) 773-5700
   Facsimile:    (415) 773-5759
9
   Attorneys for Defendant
10 LISA C. BERRY

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                          SAN JOSE DIVISION
14

15
   SECURITIES AND EXCHANGE         | Case No.  C 07 4431 RMW HRL
16 COMMISSION,                     |
                                   | **STIPULATED AGREEMENT TO**
17              Plaintiff,         | **EXTEND THE PAGE LIMITS FOR**
                                   | **LISA C. BERRY'S MEMORANDUM**
18       v.                        | **IN SUPPORT OF HER MOTION TO**
                                   | **COMPEL AND ALL SUBSEQUENT**
19 LISA C. BERRY,                  | **BRIEFINGS AND [PROPOSED]**
                                   | **ORDER**
20              Defendant.         |
                                   | **Civil Local Rules 7-4(b) & 7-11**
21

1     WHEREAS, Defendant Lisa C. Berry anticipates she may have a need to file a motion to
2 compel further responses to discovery requests from third parties KLA-Tencor Corporation
3 ("KLA"), the Special Committee of KLA's Board of Directors ("Special Committee") and
4 Wilson Sonsini Goodrich and Rosati ("WSGR") (collectively, the "Third Parties").
5     WHEREAS, Ms. Berry requests the extension of page limits for all memoranda in order to
6 ensure comprehensive briefing.
7     WHEREAS, the Third Parties have agreed to stipulate to extending page limits on all
8 memoranda as follows: Ms. Berry's consolidated motion to compel against the Third Parties shall
9 not exceed 40 pages; the Third Parties' separate opposition briefs shall not exceed 25 pages; and
10 Ms. Berry's consolidated reply brief shall not exceed 25 pages.
11     THEREFORE:
12     1.     The length of any memorandum supporting the consolidated motion to compel will
13 be extended to a maximum of 40 pages.
14     2.     The length of any memoranda supporting separate oppositions to the motion to
15 compel shall not exceed 25 pages each.
16     3.     The length of any memorandum supporting the reply to the oppositions to the
17 motion to compel will be extended to a maximum of 25 pages.
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

| | |
|---|---|
| Dated: September 9, 2008 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | */s/ Rebecca Lubens* |
| | REBECCA LUBENS |
| | Attorneys for Defendant Lisa C. Berry |
| Dated: September 9, 2008 | MORGAN LEWIS & BOCKIUS LLP |
| | */s/ Thomas R. Green* |
| | Thomas R. Green |
| | Attorneys for Third Party KLA-Tencor Corporation |
| Dated: September 9, 2008 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | */s/ Matthew E. Sloan* |
| | Matthew E. Sloan Attorneys for Third Party Special Committee of the Board of Directors of KLA-Tencor Corporation |
| Dated: September 9, 2008 | WILSON SONSINI GOODRICH & ROSATI |
| | */s/ Dominique-Chantale Alepin* |
| | Dominique-Chantale Alepin Attorneys for Third Party Wilson Sonsini Goodrich & Rosati |

\*   \*   \*

I, Rebecca Lubens, am the ECF user whose ID and password are being used to file this Stipulated Agreement to Extend the Page Limits for Lisa C. Berry's Memorandum in Support of her Motion to Compel and All Subsequent Briefings and [Proposed] Order. In compliance with General Order 45, X.B., I hereby attest that Thomas R. Green, Matthew E. Sloan and Dominique-Chantale Alepin have concurred in this filing.

**ORDER**

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED

Dated: 9/10/08

Howard R. Lloyd
United States Magistrate Judge