MELINDA HAAG (SBN 132612)
Email: mhaag@orrick.com
JAMES A. MEYERS (*ADMITTED PRO HAC VICE*)
Email: jmeyers@orrick.com
JAMES N. KRAMER (SBN 154709)
Email: jkramer@orrick.com
NANCY E. HARRIS (SBN 197042)
Email: nharris@orrick.com
REBECCA F. LUBENS (SBN 240683)
Email: rlubens@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   (415) 773-5700
Facsimile:   (415) 773-5759

Attorneys for Defendant
LISA C. BERRY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>LISA C. BERRY,<br><br>Defendant. | Case No. C 07 4431 RMW HRL<br><br>**LISA C. BERRY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5(c) PORTIONS OF: (1) LISA C. BERRY'S MOTION TO COMPEL AND (2) THE DECLARATION OF REBECCA LUBENS IN SUPPORT THEREOF** |

1    Pursuant to Civil Local Rule 79-5(c), Lisa C. Berry respectfully submits this Administrative Motion for leave to file under seal with this Court portions of (1) Lisa C. Berry's Motion to Compel Further Responses to Discovery Requests From KLA-Tencor Corporation, Inc., the Special Committee of KLA's Board of Directors and Wilson Sonsini Goodrich & Rosati ("Motion to Compel") and (2) the Declaration of Rebecca Lubens in Support of Lisa C. Berry's Motion to Compel ("Lubens Decl.").

Good cause exists to file under seal the documents referenced above. *Phillips v. General Motors Corp.*, 307 F.3d 1206, 1214-15 (9th Cir. 2002) (holding that a lesser, "good cause," standard is appropriate for sealing a document attached to a nondispositive motion). As set forth in the accompanying Declaration of Melinda Haag, KLA-Tencor Corporation ("KLA"), for which Ms. Berry formerly served as General Counsel, asserts that certain of the documents referred to in the Motion to Compel and attached to the Lubens Decl. are protected by the attorney-client privilege, attorney work product protection and/or Ms. Berry's duty of confidentiality to her client. Although Ms. Berry argues in her Motion to Compel that KLA, the Special Committee of its Board of Directors and its outside counsel Wilson Sonsini Goodrich & Rosati have waived, and/or failed to meet their burden of establishing the applicability of, such privileges or protections, in light of Ms. Berry's continuing ethical and professional obligations to her former client, good cause exists for sealing the excerpts designated therein until the Court has ruled on Ms. Berry's Motion.

Dated: September 16, 2008

MELINDA HAAG
JAMES A. MEYERS
JAMES N. KRAMER
NANCY E. HARRIS
REBECCA F. LUBENS
Orrick, Herrington & Sutcliffe LLP


/s/ Nancy E. Harris
_____
NANCY E. HARRIS
Attorneys for Defendant
Lisa C. Berry