MELINDA HAAG (SBN 132612)
Email: mhaag@orrick.com
JAMES A. MEYERS (*ADMITTED PRO HAC VICE*)
Email: jmeyers@orrick.com
JAMES N. KRAMER (SBN 154709)
Email: jkramer@orrick.com
NANCY E. HARRIS (SBN 197042)
Email: nharris@orrick.com
REBECCA F. LUBENS (SBN 240683)
Email: rlubens@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Attorneys for Defendant
LISA C. BERRY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>    v.<br><br>LISA C. BERRY,<br><br>        Defendant. | Case No. C 07 4431 RMW HRL<br><br>**DECLARATION OF MELINDA HAAG IN SUPPORT OF LISA C. BERRY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5(c) PORTIONS OF: (1) LISA C. BERRY'S MOTION TO COMPEL AND (2) THE DECLARATION OF REBECCA LUBENS IN SUPPORT THEREOF** |

OHS West:260514662.1

Dec. of Melinda Haag in support of Administrative
Motion to File Documents Under Seal
C 07 4431 RMW HRL

1     I, Melinda Haag, hereby declare as follows:

2     1.     I am an attorney licensed to practice law in the State of California. I am a partner at Orrick, Herrington & Sutcliffe LLP, counsel of record to Lisa C. Berry in this action.

    2.     I believe good cause exists to grant Ms. Berry's administrative motion to file under seal with this Court portions of: (1) Lisa C. Berry's Motion to Compel Further Responses to Discovery Requests From KLA-Tencor Corporation, Inc., the Special Committee of KLA's Board of Directors and Wilson Sonsini Goodrich & Rosati ("Motion to Compel") and (2) the Declaration of Rebecca Lubens in Support of Lisa C. Berry's Motion to Compel ("Lubens Decl.").

    3.     Ms. Berry served as General Counsel of KLA-Tencor Corporation ("KLA" or the "Company") from September 1996 through June 1999.

    4.     On September 15, 2008, I spoke with counsel for KLA to determine whether there would be any objection based on attorney-client privilege, attorney work product doctrine, or otherwise, to our filing and quoting from certain exhibits to the Lubens Decl. in the public record. As of the filing of this declaration, I have not received definitive instructions. Out of an abundance of caution, therefore, we ask that these documents be filed under seal until I receive definitive instructions. If I hear no objection from KLA, we will seek to publicly file the documents referred to in Paragraph 2.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed September 16, 2008 at San Francisco, California

    /s/ Melinda Haag
    MELINDA HAAG

OHS West:260514662.1     -1-     DEC. OF MELINDA HAAG IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
C 07 4431 RMW HRL