1  MELINDA HAAG (STATE BAR NO. 132612)
   mhaag@orrick.com
2  JAMES A. MEYERS (*ADMITTED PRO HAC VICE*)
   jmeyers@orrick.com
3  JAMES N. KRAMER (STATE BAR NO. 154709)
   jkramer@orrick.com
4  NANCY E. HARRIS (STATE BAR NO. 197042)
   nharris@orrick.com
5  REBECCA F. LUBENS (STATE BAR NO. 240683)
   rlubens@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
7  405 Howard Street
   San Francisco, CA 94105-2669
8  Telephone:   +1-415-773-5700
   Facsimile:   +1-415-773-5759

Attorneys for Defendant
Lisa C. Berry

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>        v.<br><br>LISA C. BERRY,<br><br>                Defendant. | Case No. C 07 4431 RMW HRL<br><br>**[PROPOSED] ORDER GRANTING LISA C. BERRY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5(c) PORTIONS OF: (1) LISA C. BERRY'S MOTION TO COMPEL AND (2) THE DECLARATION OF REBECCA LUBENS IN SUPPORT THEREOF** |

1    Having considered Lisa C. Berry's Administrative Motion to File Under Seal, the
2 Declaration of Melinda Haag in support thereof, and good cause appearing,

3    THE COURT HEREBY ORDERS that the following documents be accepted for filing
4 with this Court under seal:

5    (1) The following portions of Lisa C. Berry's Motion to Compel Further Responses to
6 Discovery Requests From KLA-Tencor Corporation, Inc., the Special Committee of KLA's Board
7 of Directors and Wilson Sonsini Goodrich & Rosati: (1) Page 6, lines 16-17 beginning after " . . .
8 entitled 'Stock Option Committee Procedures'" and continuing to before "and (2) Kevin
9 McAndrews. . . ."; (2) Page 8, lines 21-24 beginning after ". . . throughout the investigation" and
10 continuing to Page 9, lines 1-15 before "KLA's extensive cooperation . . . ." (and including
11 footnote 5 on Page 9); (3) Page 11, lines 18-19 beginning after " . . . 'Stock Option Committee
12 Procedures' document" and continuing to before "including . . ."; (4) Page 27, lines 17-19
13 beginning after " . . . of the interview of" and continuing to before "similarly said in her interview .
14 . ."; (5) Page 27, lines 19-20 beginning after " . . . similarly said in her interview" and continuing to
15 before "In another instance . . ."; (6) Page 27, lines 21-22 beginning after "painted by the SEC . . ."
16 and continuing to before "In short, it is clear . . ."; and (7) Page 29, lines 2-3 beginning after
17 "therefore the SEC's . . ." and continuing to before "such documents should be . . .";

18    (2) The following portions of the Declaration of Rebecca Lubens in Support of Lisa C.
19 Berry's Motion to Compel: (1) Page 5, lines 1-2 beginning after ". . . Although" and continuing to
20 before "counsel for the Special Committee. . ." and (2) Page 5, line 3 beginning after ". . . advised
21 me that" and continuing to before "and that memoranda were prepared. . ."; and

22    The following exhibits to the Declaration of Rebecca Lubens in Support of Lisa C.
23 Berry's Motion to Compel: (1) Exhibit 6; (2) Exhibit 7; (3) Exhibit 8; (4) Exhibit 9; (5) Exhibit
24 10; (6) Exhibit 13; (7) Exhibit 14; (8) Exhibit 16; (9) Exhibit 18; and (10) Exhibit 19.

25

26    IT IS SO ORDERED.
27    Dated: _____    _____
28                                              HONORABLE HOWARD R. LLOYD
                                                UNITED STATES MAGISTRATE JUDGE