1  MELINDA HAAG (SBN 132612)
   *Email: mhaag@orrick.com*
2  JAMES A. MEYERS (ADMITTED *PRO HAC VICE*)
   *Email: jmeyers@orrick.com*
3  JAMES N. KRAMER (SBN 154709)
   *Email: jkramer@orrick.com*
4  NANCY E. HARRIS (SBN 197042)
   *Email: nharris@orrick.com*
5  REBECCA F. LUBENS (SBN 240683)
   *Email: rlubens@orrick.com*
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
7  405 Howard Street
   San Francisco, CA  94105-2669
8  Telephone:   (415) 773-5700
   Facsimile:    (415) 773-5759
9
   Attorneys for Defendant
10 LISA C. BERRY

11

12                      UNITED STATES DISTRICT COURT

13                     NORTHERN DISTRICT OF CALIFORNIA

14                              SAN JOSE DIVISION

15

16 SECURITIES AND EXCHANGE              Case No.  C 07 4431 RMW HRL
   COMMISSION,
17                                      **MANUAL FILING NOTIFICATION**
              Plaintiff,
18
         v.
19
   LISA C. BERRY,
20
              Defendant.
21

**MANUAL FILING NOTIFICATION**

- **[DOCUMENT SUBMITTED UNDER SEAL]**
  **LISA C. BERRY'S MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY REQUESTS FROM KLA-TENCOR CORPORATION, THE SPECIAL COMMITTEE OF KLA'S BOARD OF DIRECTORS, AND WILSON SONSINI GOODRICH & ROSATI**

- **[REDACTED] PUBLIC VERSION**
  **LISA C. BERRY'S MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY REQUESTS FROM KLA-TENCOR CORPORATION, THE SPECIAL COMMITTEE OF KLA'S BOARD OF DIRECTORS, AND WILSON SONSINI GOODRICH & ROSATI**

- **[DOCUMENT SUBMITTED UNDER SEAL]**
  **DECLARATION OF REBECCA LUBENS IN SUPPORT OF LISA C. BERRY'S MOTION TO COMPEL**

- **[REDACTED] PUBLIC VERSION**
  **DECLARATION OF REBECCA LUBENS IN SUPPORT OF LISA C. BERRY'S MOTION TO COMPEL**

This filing was not efiled for the following reasons(s):

- ☐ Voluminous Document (PDF file size larger than efiling system allowances)
- ☐ Unable to Scan Documents
- ☐ Non Graphical/Textual Computer file (audio, video, etc) on CD or other media
- ☒ Item Under Seal
- ☐ Conformance with the Judicial Conference Privacy Policy (General Order 53).
- ☐ Other (description): _____

DATED: September 16, 2008            ORRICK, HERRINGTON & SUTCLIFFE LLP

By:   _/S/ Nancy Harris_
Nancy Harris
Attorneys for Defendant
LISA C. BERRY

OHS West:260515625.1    1    MANUAL FILING NOTIFICATION
CASE NO. C 07 4431 RMW HRL