MELINDA HAAG (SBN 132612)
*Email: mhaag@orrick.com*
JAMES A. MEYERS (ADMITTED *PRO HAC VICE*)
*Email: jmeyers@orrick.com*
JAMES N. KRAMER (SBN 154709)
*Email: jkramer@orrick.com*
NANCY E. HARRIS (SBN 197042)
*Email: nharris@orrick.com*
REBECCA F. LUBENS (SBN 240683)
*Email: rlubens@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   (415) 773-5700
Facsimile:   (415) 773-5759

Attorneys for Defendant
LISA C. BERRY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>      v.<br><br>LISA C. BERRY,<br><br>            Defendant. | Case No.  C 07 4431 RMW HRL<br><br>**PROOF OF SERVICE** |

1 **PROOF OF SERVICE**

2  I am more than eighteen years old and not a party to this action.  My business address is

3 Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco,

4 California 94105-2669.  On September 16, 2008, I served the following document(s):

- **[REDACTED] PUBLIC VERSION LISA C. BERRY'S MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY REQUESTS FROM KLA-TENCOR CORPORATION, THE SPECIAL COMMITTEE OF KLA'S BOARD OF DIRECTORS, AND WILSON SONSINI GOODRICH & ROSATI**

- **[DOCUMENT SUBMITTED UNDER SEAL] LISA C. BERRY'S MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY REQUESTS FROM KLA-TENCOR CORPORATION, THE SPECIAL COMMITTEE OF KLA'S BOARD OF DIRECTORS, AND WILSON SONSINI GOODRICH & ROSATI**

- **[REDACTED] PUBLIC VERSION DECLARATION OF REBECCA LUBENS IN SUPPORT OF LISA C. BERRY'S MOTION TO COMPEL**

- **[DOCUMENT SUBMITTED UNDER SEAL] DECLARATION OF REBECCA LUBENS IN SUPPORT OF LISA C. BERRY'S MOTION TO COMPEL**

- **STATEMENT IN COMPLIANCE WITH CIVIL LOCAL RULE 37-2 REGARDING DOCUMENTS SOUGHT FROM KLA-TENCOR CORPORATION**

- **STATEMENT IN COMPLIANCE WITH CIVIL LOCAL RULE 37-2 REGARDING DOCUMENTS SOUGHT FROM THE SPECIAL COMMITTEE OF THE BOARD OF DIRECTORS OF KLA-TENCOR CORPORATION**

- **STATEMENT IN COMPLIANCE WITH CIVIL LOCAL RULE 37-2 REGARDING DOCUMENTS SOUGHT FROM WILSON SONSINI GOODRICH & ROSATI**

- **[PROPOSED] ORDER GRANTING LISA C. BERRY'S MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY REQUESTS FROM KLA-TENCOR CORPORATION, THE SPECIAL COMMITTEE OF KLA'S BOARD OF DIRECTORS, AND WILSON SONSINI GOODRICH & ROSATI**

- **LISA C. BERRY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5(C) PORTIONS OF: (1) LISA C. BERRY'S MOTION TO COMPEL AND (2) THE DECLARATION OF REBECCA LUBENS IN SUPPORT THEREOF**

- **DECLARATION OF MELINDA HAAG IN SUPPORT OF LISA C. BERRY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5(C) PORTIONS OF: (1) LISA C. BERRY'S MOTION TO COMPEL AND (2) THE DECLARATION OF REBECCA LUBENS IN SUPPORT THEREOF**

- **[PROPOSED] ORDER GRANTING LISA C. BERRY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5(C) PORTIONS OF: (1) LISA C. BERRY'S MOTION TO COMPEL AND (2) THE DECLARATION OF REBECCA LUBENS IN SUPPORT THEREOF**

on the interested parties in this action.

| | |
|---|---|
| Dominique-Chantale Alepin<br>**WILSON SONSINI GOODRICH & ROSATI**<br>650 Page Mill Road<br>Palo Alto, CA  94304<br>*EmaiL  dalepin@wsgr.com* | Raymond H. Cho<br>**SKADDEN, ARPS, SLATE, MEAGER & FLOM LLP**<br>Four Embarcadero Center Suite 3800<br>San Francisco, California 94111<br>*Email:  Raymond.cho@skadden.com* |
| Thomas R. Green<br>**MORGAN LEWIS & BOCKIUS LLP**<br>One Market Street<br>San Francisco, CA  94105<br>*Email: tgreen@morganlewis.com* | Jeremy Pendrey, Esq.<br>**SECURITIES AND EXCHANGE COMMISSION**<br>44 Montgomery Street, Suite 2600<br>San Francisco, California 94104 |

☒   **BY HAND DELIVERY**

On the date indicated above, I delivered the sealed package(s) to an authorized courier or driver authorized by the courier service to receive documents, with the delivery fees paid or provided for by the sender.  A proof of service will be provided by the Courier who did the service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 16, 2008 at San Francisco, California.

*/s/ Veronica A. Adelman*
Veronica A. Adelman