```
 1  MELINDA HAAG (SBN 132612)
    Email: mhaag@orrick.com
 2  JAMES A. MEYERS (ADMITTED PRO HAC VICE)
    Email: jmeyers@orrick.com
 3  JAMES N. KRAMER (SBN 154709)
    Email: jkramer@orrick.com
 4  NANCY E. HARRIS (SBN 197042)
    Email: nharris@orrick.com
 5  REBECCA F. LUBENS (SBN 240683)
    Email: rlubens@orrick.com
 6  ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
 7  405 Howard Street
    San Francisco, CA 94105-2669
 8  Telephone: (415) 773-5700
    Facsimile: (415) 773-5759
 9
    Attorneys for Defendant
10  LISA C. BERRY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>LISA C. BERRY,<br><br>Defendant. | Case No. C 07 4431 RMW HRL<br><br>**[PROPOSED] ORDER GRANTING LISA C. BERRY'S MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY REQUESTS FROM KLA-TENCOR CORPORATION, THE SPECIAL COMMITTEE OF KLA'S BOARD OF DIRECTORS, AND WILSON SONSINI GOODRICH & ROSATI**<br><br>Fed. R. Civ. P. 45(c)(2)(B)(i)<br><br>Date: November 18, 2008<br>Time: 10:00 AM<br>Ctrm: 2<br>Judge: Magistrate Judge Howard R. Lloyd |

OHS West:260515073.1

[PROPOSED] ORDER GRANTING MS. BERRY'S
MOTION TO COMPEL
CASE NO. C 07 4431 RMW HRL

Having heard and consider Lisa C. Berry's Motion to Compel Further Responses to Discovery Requests from KLA-Tencor Corporation, the Special Committee of KLA's Board of Directors and Wilson Sonsini Goodrich & Rosati ("Motion to Compel"), the responses thereto, and the arguments of counsel, the Motion is GRANTED.

KLA-Tencor Corporation, the Special Committee of KLA's Board of Directors and Wilson Sonsini Goodrich & Rosati are hereby ordered to produce to Ms. Berry the following documents (the "Requested Documents"), without interposing objections on the basis of attorney-client privilege or attorney work product doctrine:

1. **Requested Documents from KLA:** (a) documents relating to or regarding a "Stock Option Committee Procedures" memo produced to the SEC by KLA; (b) communications between Ms. Berry and WSGR from January 1995 through December 2001; (c) communications between Ms. Berry and KLA personnel regarding stock options from January 1995 through December 2001; (d) billing records reflecting WSGR advice to or work for KLA regarding stock options; (e) communications between KLA and PwC regarding stock options from January 1995 through December 2001; (f) documents reflecting or relating to presentations by KLA or the Special Committee to the SEC, USAO, PwC or the KLA board; (g) documents produced to third parties, including the USAO, NASDAQ, PwC, any shareholder derivative plaintiffs or class actions plaintiffs, regarding stock options; and (h) documents relating to any delisting hearing or hearing before the NASDAQ Listing Qualifications Panel, including transcripts of hearings.

2. **Requested Documents from the Special Committee:** (a) written presentations to the SEC, the USAO, the KLA board or any other third party and (b) attorney notes or memoranda relating to or regarding presentations by the Special Committee or Company to third parties.

3. **Requested Documents from WSGR:** (a) e-mails among WSGR corporate attorneys regarding stock options at KLA from January 1995 through December 2001; (b) communications between Ms. Berry and WSGR attorneys from January 1995 through December 2001; (c) e-mails between KLA personnel and WSGR regarding options from January 1995 through December 2001; (d) billing records, time sheets or client invoices reflecting WSGR's work for KLA during the period from January 1995 through December 2001.

IT IS SO ORDERED.

Dated: _____     _____
HONORABLE HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE