1  MELINDA HAAG (SBN 132612)
   *Email: mhaag@orrick.com*
2  JAMES A. MEYERS (*ADMITTED PRO HAC VICE*)
   *Email: jmeyers@orrick.com*
3  JAMES N. KRAMER (SBN 154709)
   *Email: jkramer@orrick.com*
4  NANCY E. HARRIS (SBN 197042)
   *Email: nharris@orrick.com*
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
6  405 Howard Street
   San Francisco, CA  94105-2669
7  Telephone:  (415) 773-5700
   Facsimile:   (415) 773-5759                    *E-FILED - 9/25/08*

   Attorneys for Defendant
9  LISA C. BERRY

                   UNITED STATES DISTRICT COURT

                  NORTHERN DISTRICT OF CALIFORNIA

                         SAN JOSE DIVISION


   SECURITIES AND EXCHANGE           Case No.  5:07-cv-04431 RMW HRL
   COMMISSION,
                                     **STIPULATION AND []**
            Plaintiff,                **ORDER CONTINUING MS. BERRY'S**
                                     **DEADLINE TO ANSWER THE**
        v.                            **COMPLAINT TO OCTOBER 15, 2008**

   LISA C. BERRY,

            Defendant.

The parties, through their undersigned counsel, hereby stipulate and agree, with the Court's permission, that Ms. Berry's deadline to answer the Securities and Exchange Commission's Second Amended Complaint, filed September 18, 2008, shall be October 15, 2008.

Dated: September 22, 2008

MARK J. FAGEL
SUSAN F. LAMARCA
MARK P. FICKES
JEREMY E. PENDREY
ELENA RO
Securities and Exchange Commission

*/s/ Susan F. LaMarca*
SUSAN F. LAMARCA
Attorneys for Plaintiff
Securities and Exchange Commission

Dated: September 22, 2008

MELINDA HAAG
JAMES A. MEYERS
JAMES N. KRAMER
NANCY HARRIS
Orrick, Herrington & Sutcliffe LLP

*/s/ Nancy Harris*
NANCY HARRIS
Attorneys for Defendant
Lisa C. Berry

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 9/25/08

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Court Judge

Orrick hereby attests that it has obtained approval for any signatures indicated by "/s/" within this e-filed document.

- 1 -

STIPULATION AND [] ORDER CONTINUING MS. BERRY'S DEADLINE TO RESPOND TO THE SEC'S SECOND AMENDED COMPLAINT
CASE NO. 5:07-CV-04431 RMW HRL