MELINDA HAAG (SBN 132612)
mhaag@orrick.com
JAMES A. MEYERS (ADMITTED *PRO HAC VICE*)
jmeyers@orrick.com
JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
NANCY E. HARRIS (SBN 197042)
nharris@orrick.com
REBECCA F. LUBENS (SBN 240683)
rlubens@orrick.com
SHANEEDA JAFFER (SBN 253449)
sjaffer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     (415) 773-5700
Facsimile:     (415) 773-5759

Attorneys for Defendant
Lisa C. Berry

** E-filed 06/12/09 **

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>         v.<br><br>LISA C. BERRY,<br><br>                    Defendant. | Case No.  C 07 4431 (RMW) (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR SHORTENED TIME FOR HEARING LISA C. BERRY'S MOTION FOR PROTECTIVE ORDER**<br><br>**Civil L. R. 6-1(a)**<br><br>**Magistrate Judge Howard R. Lloyd**<br><br>**Date:** July 14, 2009<br>**Time:** 10:00 AM |
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>         v.<br><br>KENNETH L. SCHROEDER,<br><br>                    Defendant. | Case No.  C 07 3798 (JW) (HRL) |

**STIPULATION**

WHEREAS, on May 21, 2009, Kenneth L. Schroeder served on Lisa C. Berry a Fed. R. Civ. P. Rule 45 subpoena for her deposition on September 9, 2009 and September 10, 2009 in *SEC v. Schroeder*, Case No. 07-3798 (JW) (HRL) ("Schroeder Action");

WHEREAS, on May 28, 2009, Plaintiff Securities and Exchange Commission ("SEC") noticed the deposition of Defendant Lisa C. Berry for June 18, 2009 and June 19, 2009 in *SEC v. Berry*, Case No. 07-4431 (RMW) (HRL) ("Berry Action");

WHEREAS, counsel for Ms. Berry has met and conferred with counsel for Mr. Schroeder and the SEC regarding her objections to the timing of both of the aforementioned depositions;

WHEREAS, counsel for Ms. Berry has also met and conferred with counsel for Mr. Schroeder and the SEC regarding her request that her deposition and depositions of third party witnesses currently or formerly employed at KLA-Tencor Corporation to be conducted in both of the above-captioned cases be held jointly;

WHEREAS, Ms. Berry intends to file a motion in the Berry and Schroeder Actions for a protective order concerning the SEC's deposition notice and Mr. Schroeder's deposition subpoena.  Ms. Berry also intends to ask that her deposition and the depositions of third party witnesses currently or formerly employed at KLA-Tencor Corporation to be conducted in both of the above-captioned cases be held jointly;

WHEREAS, Ms. Berry, Mr. Schroeder, and the SEC agree, subject to the Court's approval, that the hearing on Ms. Berry's motion should take place on July 14, 2009;

WHEREAS, the SEC accordingly intends to re-notice Ms. Berry's deposition for July 22, 2009 and July 23, 2009;

WHEREAS, Ms. Berry, the SEC and Mr. Schroeder seek an expedited hearing for her motion for protective order;

WHEREAS, Ms. Berry, the SEC and Mr. Schroeder have agreed to an expedited briefing schedule for Ms. Berry's motion for protective order whereby Ms. Berry shall file and serve her motion no later than June 16, 2009, the SEC and Mr. Schroeder shall file and serve their respective responses no later than June 23, 2009, and Ms. Berry shall file and serve her reply on

1  June 30, 2009;

2       NOW THEREFORE, the parties hereby stipulate, and request that the Court order, as

3  follows:

4      1.   Ms. Berry shall file and serve her motion for a protective order and other relief no

5          later than June 16, 2009.

6      2.   The SEC and Mr. Schroeder shall file and serve their respective responses no later

7          than June 23, 2009;

8      3.   Ms. Berry shall file and serve her reply no later than June 30, 2009; and

9      4.   The Court will hear oral argument on July 14, 2009 or at its earliest convenience.

10      IT IS SO STIPULATED.

11

12  Dated: June 11, 2009           MELINDA HAAG
                                 JAMES A. MEYERS

13                                   JAMES N. KRAMER
                                 NANCY E. HARRIS

14                                   REBECCA F. LUBENS
                                 SHANEEDA JAFFER

15                                   Orrick, Herrington & Sutcliffe LLP

16

17                                   */s/ Melinda Haag*

18                                   MELINDA HAAG
                                 Attorneys for Defendant

19                                   Lisa C. Berry

20  Dated: June 11, 2009           MARC J. FAGEL
                                 SUSAN F. LA MARCA

21                                     MARK P. FICKES
                                 JEREMY E. PENDREY

22                                   ELENA RO
                                 Securities and Exchange Commission

23

24                                   */s/ Susan F. La Marca*

25                                   SUSAN F. LA MARCA
                                 Attorneys for Plaintiff

26                                   Securities and Exchange Commission

27

28

OHS West:260674614.1

STIPULATION AND [PROPOSED] ORDER FOR
HEARING ON SHORTENED TIME
C 07 4431 (RMW) (HRL)/ C 07 3798 (JW) (HRL)

Dated: June 11, 2009

SHIRLI F. WEISS
DAVID A. PRIEBE
JEFFREY B. COOPERSMITH
DLA Piper LLP

_/s/ Shirli F. Weiss_

SHIRLI F. WEISS
Attorneys for Defendant
Kenneth L. Schroeder

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Rebecca Lubens, attest that concurrence in the filing of this document has been obtained from all signatories.

Dated: June 11, 2009

REBECCA F. LUBENS
Orrick, Herrington & Sutcliffe LLP

_/s/ Rebecca F. Lubens_

REBECCA F. LUBENS
Attorneys for Defendant
Lisa C. Berry

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ___June 12, 2009___

_____
Hon. Magistrate Judge Howard R. Lloyd

OHS West:260674614.1

STIPULATION AND [PROPOSED] ORDER FOR
HEARING ON SHORTENED TIME
C 07 4431 (RMW) (HRL)/ C 07 3798 (JW) (HRL)