Edward W. Swanson, SBN 159859
August Gugelmann, SBN 240544
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for Defendant LISA C. BERRY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>  v.<br><br>LISA C. BERRY,<br><br>        Defendant. | No. C 07-4431 RMW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING PROTECTIVE ORDER TO COVER DOCUMENTS PRODUCED BY NON-PARTY ERNST & YOUNG LLP** |

  The parties hereby stipulate and agree that the terms of the Stipulated Protective Order Regarding Documents Produced by Non-Party Juniper Networks, Inc. (Docket No. 68, dated September 9, 2008) ("Stipulated Protective Order") should also apply to the production of documents by non-party Ernst & Young LLP in response to any subpoena issued by defendant Lisa C. Berry in the above-captioned matter.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  Accordingly, the parties agree that references to "non-party Juniper Networks, Inc." and
2  "Juniper documents" in the Stipulated Protective Order should be read as applying also to "non-
3  party Ernst and Young LLP" and "Ernst and Young documents."
4  IT IS SO STIPULATED.

6  Dated: August 21, 2009

/s/
Edward W. Swanson
SWANSON & McNAMARA LLP
Attorneys for LISA C. BERRY

10  Dated: August 21, 2009

/s/
Mark J. Fagel
Susan F. LaMarca
Mark P. Fickes
Jeremy E. Pendrey
Elena Ro
Attorneys for SECURITIES AND
EXCHANGE COMMISSION

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  August 24, 2009

Howard R. Lloyd
United States Magistrate Judge

**Stipulated Extension of Protective Order**
*SEC v. Berry*, C 07-4431 RMW                2