MELINDA HAAG (SBN 132612)
*Email: mhaag@orrick.com*
JAMES A. MEYERS (*ADMITTED PRO HAC VICE*)
*Email: jmeyers@orrick.com*
JAMES N. KRAMER (SBN 154709)
*Email: jkramer@orrick.com*
NANCY E. HARRIS (SBN 197042)
*Email: nharris@orrick.com*
REBECCA F. LUBENS (SBN 240683)
*Email: rlubens@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Attorneys for Defendant
LISA C. BERRY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>LISA C. BERRY,<br><br>    Defendant. | Case No. C 07 4431 RMW HRL<br><br>**LISA C. BERRY'S NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY REQUESTS FROM KLA-TENCOR CORPORATION, THE SPECIAL COMMITTEE OF KLA'S BOARD OF DIRECTORS, AND WILSON SONSINI GOODRICH & ROSATI, PURSUANT TO CIVIL LOCAL RULE 7-7(e)**<br><br>**Fed. R. Civ. P. 45(c)(2)(B)(i)**<br><br>Date: October 20, 2009<br>Time: 10:00 AM<br>Ctrm: 2<br>Judge: Magistrate Judge Howard R. Lloyd |

1  PLEASE TAKE NOTICE that pursuant to Civil Local Rule 7-7(e), defendant Lisa C. Berry hereby withdraws her Motion to Compel Further Responses to Discovery Requests from KLA-Tencor Corporation, the Special Committee of KLA's Board of Directors, and Wilson, Sonsini, Goodrich & Rosati, previously noticed for hearing on October 6, 2009, and continued to October 20, 2009, at 10:00 a.m., before the Honorable Magistrate Judge Howard R. Lloyd, and respectfully requests that the motion be taken off calendar.  Ms. Berry withdraws the motion without prejudice.

Dated: September 22, 2009               ORRICK, HERRINGTON & SUTCLIFFE LLP


                                        */s/ Rebecca Lubens*
                                        REBECCA F. LUBENS
                                        Attorneys for Defendant
                                        LISA C. BERRY

-1-   BERRY'S NOTICE OF WITHDRAWAL OF MOTION TO COMPEL
      CASE NO. C 07 4431 RMW HRL L