```
 1  MARC J. FAGEL (Cal. Bar No. 154425)
    SUSAN F. LaMARCA (Cal. Bar No. 213251)
 2    lamarcas@sec.gov
    MARK P. FICKES (Cal. Bar No. 178570)
 3    fickesm@sec.gov
    JEREMY E. PENDREY (Cal. Bar No. 187075)
 4    pendreyj@sec.gov
    ELENA RO (Cal. Bar No. 197308)
 5    roe@sec.gov

 6  Attorneys for Plaintiff
    SECURITIES AND EXCHANGE COMMISSION
 7  44 Montgomery Street, Suite 2600                    *E-FILED - 2/7/11*
    San Francisco, California  94104
 8  Telephone:  (415) 705-2500
    Facsimile:  (415) 705-2501
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. C-07-4431-RMW (HRL) |
| Plaintiff, | |
| vs. | **STIPULATION AND []** <br> **SCHEDULING ORDER** |
| LISA C. BERRY, | |
| Defendant. | |

Whereas Plaintiff Securities and Exchange Commission ("SEC" or "Commission") and Defendant Lisa C. Berry ("Ms. Berry") participated in a case management conference at which a trial date was set for the first time in this matter [Docket No. 130];

Whereas the Court's scheduling order set February 25, 2011 the last day for fact discovery and July 25, 2011 as the first day of trial [Docket No. 132];

Whereas Ms. Berry has filed a motion to compel discovery against third-party Juniper Networks, Inc. which is set to be heard on February 22, 2011 [Docket Nos. 135-141];

1   Whereas the Commission and Ms. Berry have also engaged in efforts to resolve this matter
2  with the assistance of the Honorable Daniel Weinstein (Ret.);
3   Whereas the Commission and Ms. Berry believe that certain discovery should take place
4  before the next mediation session with Judge Weinstein;
5   Whereas the Commission and Ms. Berry have scheduled a further mediation with Judge
6  Weinstein on March 18, 2011;
7   Whereas counsel for the Commission and Ms. Berry believe that a brief extension of the
8  current scheduling order will maximize the parties' efforts to resolve this matter;
9   Whereas this is the first time that either party has sought to continue scheduled dates in this
10 matter;
11  It is therefore stipulated and agreed, and the parties ask the Court to adopt as its order the
12 following schedule:
13  Last day for fact discovery:  March 25, 2011
14  Last day to identify expert witnesses and exchange expert reports:  April 1, 2011
15  Last day to exchange rebuttal reports:  April 22, 2011
16  Last day to complete expert discovery:  May 6, 2011
17  Last day to hear dispositive motions:  June 24, 2011
18  Pre-trial conference:  September 8, 2011
19  Trial:  October 24, 2011
20
21
22
23
24
25
26 ///
27 ///
28 ///

DATED: February 29, 2008        Respectfully submitted,

/s/ Mark P. Fickes
Mark P. Fickes
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

/s/ James Kramer
James Kramer
ORRICK, HERRINGTON & SUTCLIFFE LLP
Attorneys for Defendant
LISA C. BERRY

The Commission's undersigned counsel of record, Mark P. Fickes, hereby attests that James Kramer concurs in the filing of this Stipulation and [Proposed] Order in accordance with General Order No. 45, Electronic Case Filing, section 10(b).

**ORDER**

Pursuant to the stipulation of the parties, the Court adopts as its scheduling order the following:

Last day for fact discovery: March 25, 2011

Last day to identify expert witnesses and exchange expert reports: April 1, 2011

Last day to exchange rebuttal reports: April 22, 2011

Last day to complete expert discovery: May 6, 2011

Last day to hear dispositive motions: June 24, 2011

Pre-trial conference: September 8, 2011

Trial: October 24, 2011

IT IS SO ORDERED.

Dated: __2/7_____, 2011

_____
Ronald M. Whyte
UNITED STATES DISTRICT JUDGE