| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | KIRKE M. HASSON (CA Bar No. 61446) |
| 2 | kirke.hasson@pillsburylaw.com |
|   | ROBERT J. NOLAN (CA Bar No. 235738) |
| 3 | robert.nolan@pillsburylaw.com |
|   | LINDSAY A. LUTZ (CA Bar No. 254442) |
| 4 | lindsay.lutz@pillsburylaw.com |
|   | 50 Fremont Street |
| 5 | San Francisco, CA  94105 |
|   | Telephone: (415) 983-1000 |
| 6 | Facsimile: (415) 983-1200 |

*E-FILED - 3/23/11*

Attorneys for the Audit Committee of
the Board of Directors of Juniper Networks, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 5:07-cv-4431 RMW (HRL) |
| Plaintiff, | **STIPULATION AND []** |
| v. | **SCHEDULING ORDER RE FILING OBJECTIONS TO MAGISTRATE JUDGE'S ORDER** |
| LISA C. BERRY, | |
| Defendant. | |

1   WHEREAS the Honorable Howard R. Lloyd granted in part and denied in part the
2   Motion of Lisa C. Berry ("Berry") to Compel Materials Withheld on Privilege and/or
3   Protection by Juniper Audit Committee ("Motion to Compel") on March 7, 2011 (Dkt. No.
4   165),
5   WHEREAS, on March 8, 2011, Berry and the Securities and Exchange Commission
6   ("SEC") submitted a Stipulation and [Proposed] Scheduling Order ("Stipulation") to the
7   Court stating that "[t]he time for the filing of an appeal of the magistrate's ruling to the
8   District Court by either party to the Discovery Motion runs on March 21, 2011" (Dkt. No.
9   167),
10  WHEREAS the Court has yet to rule on the Stipulation,
11  WHEREAS the March 21, 2011 date was an error and Berry, the SEC, and the
12  Juniper Audit Committee agree that the time to file objections pursuant to Rule 72(a) of the
13  Federal Rules of Civil Procedure does not expire until March 24, 2011,
14  IT IS THEREFORE STIPULATED AND AGREED, and the parties ask the Court
15  to adopt as its order the following:
16  1.  Notwithstanding anything to the contrary in the Stipulation filed by the SEC
17  and Berry on March 8, 2011 (Dkt. 167), objections may be filed to the Magistrate Judge's
18  ruling on the Motion to Compel on or before March 24, 2011.
19  Dated: March 18, 2011.

PILLSBURY WINTHROP SHAW PITTMAN LLP
KIRKE M. HASSON
ROBERT J. NOLAN
LINDSAY A. LUTZ
50 Fremont Street
San Francisco, CA  94105

By        /s/Kirke M. Hasson
                Kirke M. Hasson
*Attorneys for the Audit Committee of the Board of Directors of Juniper Networks, Inc.*

1  Dated: March 18, 2011.

2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   NANCY E. HARRIS
3  nharris@orrick.com
   405 Howard Street
4  San Francisco, California
   Telephone: (415) 773-5700
5  Fascimile: (415) 773-5759

6  By _____/s/Nancy E. Harris_____
                Nancy E. Harris
7  *Attorneys for Defendant Lisa C. Berry*

8

9  Dated: March 18, 2011.

10 SECURITIES AND EXCHANGE COMMISSION
   SUSAN F. LAMARCA
11 lamarcas@sec.gov
   44 Montgomery Street, Suite 2600
12 San Francisco, CA  94104

13 By _____/s/Susan F. LaMarca_____
                Susan F. LaMarca
14 *Attorneys for Plaintiff Securities and Exchange
                Commission*
15
   **ATTESTATION PURSUANT TO GENERAL ORDER 45**
16
   I attest that I have obtained the concurrence in the filing of this document from each
17
   signatory pursuant to General Order 45.
18

19 By _____/s/Kirke M. Hasson_____
                Kirke M. Hasson
20 *Attorneys for the Audit Committee of the Board of
   Directors of Juniper Networks, Inc*
21

22 **ORDER**

23 PURSUANT TO STIPULATION, IT IS SO ORDERED.

24 Dated: __3/23/11__        _____*Ronald M. Whyte*_____
                             Honorable Ronald M. Whyte
25                           United States District Court Judge

26

27

28