**\*\* E-filed March 23, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>   v.<br><br>LISA C. BERRY,<br><br>        Defendant. | No. C07-04431 RMW (HRL)<br><br>**ORDER DENYING THE PARTIES' STIPULATION TO HEAR MOTION ON SHORTENED TIME AND SETTING BRIEFING SCHEDULE**<br><br>**[Re: Docket Nos. 174, 175]** |

On March 21, 2011, Defendant filed a motion to compel Plaintiff to respond to certain interrogatories. Docket No. 175. The parties also filed a stipulation requesting that the Court hear Defendant's motion on shortened time. Docket No. 174. Good cause not having been shown, the Court DENIES the parties' request.

However, the Court does accept the parties' stipulated briefing schedule for the motion. Thus, Plaintiff shall file any opposition to Defendant's motion no later than March 29, 2011, and Defendant shall file any reply brief no later than March 31, 2011. After receiving these papers, the Court will rule on Defendant's motion in due course. Should the Court find that oral argument is necessary, it will set a hearing date.

**IT IS SO ORDERED.**

Dated: March 23, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C07-04431 RMW (HRL) Notice will be electronically mailed to:**

| | |
|---|---|
| Amy M. Ross | aross@orrick.com |
| Benjamin Cunningham Geiger | bgeiger@orrick.com |
| Edward W. Swanson | eswanson@swansonmcnamara.com |
| Elena Ro | roe@sec.gov |
| James A. Meyers | jmeyers@orrick.com |
| James Neil Kramer | jkramer@orrick.com |
| Jeffrey Bruce Coopersmith | jeff.coopersmith@dlapiper.com, bradley.meissner@dlapiper.com, evelyn.dacuag@dlapiper.com |
| Jeremy Emerson Pendrey | pendreyj@sec.gov |
| Joni L. Ostler | jostler@wsgr.com, pbaird@wsgr.com |
| Judith L. Anderson | andersonju@sec.gov, huangw@sec.gov, johnstonj@sec.gov |
| Katherine Collinge Lubin | klubin@orrick.com |
| Marc J. Fagel | fagelm@sec.gov |
| Mark Philip Fickes | fickesm@sec.gov |
| Matthew Austen Tolve | mtolve@orrick.com |
| Matthew Eric Sloan | Matthew.Sloan@skadden.com, eaviad@skadden.com, jlyons@skadden.com, mtroost@skadden.com |
| Michael David Torpey | mtorpey@orrick.com |
| Nancy E. Harris | nharris@orrick.com, vsweet@orrick.com |
| Randall Scott Luskey | rluskey@orrick.com, gpackard@orrick.com |
| Rebecca Felice Lubens | jcopoulos@orrick.com, klubin@orrick.com, nharris@orrick.com, rlubens@orrick.com, sjaffer@orrick.com |
| Robert John Nolan | robert.nolan@pillsburylaw.com, docket@pillsburylaw.com |
| Steven Andrew Hong | shong@orrick.com |
| Susan F. LaMarca | lamarcas@sec.gov, huangw@sec.gov, johnstonj@sec.gov |
| Thomas R. Green | thomas.green@usdoj.gov, daniel.charlier-smith@usdoj.gov, lily.c.ho-vuong@usdoj.gov |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**