**E-FILED on** 4/5/2011

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>LISA C. BERRY,<br><br>    Defendant. | No. C-07-04431 RMW<br><br>ORDER REGARDING RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE<br><br>**[Re Docket Nos. 191 and 193]** |

On March 7, 2011, the magistrate judge issued an order granting in part and denying in part defendant Lisa C. Berry's ("Berry's") motion to compel nonparty Audit Committee of the Board of Directors of Juniper Networks, Inc. ("Juniper") (the "Committee") to produce notes and memoranda from the Committee's interviews of ten Juniper witnesses and from any meetings between the Committee and the government at which those witnesses were discussed. Dkt. No. 165. Defendant Berry and the Committee separately move this court to grant relief from the magistrate judge's order. Dkt. Nos. 191 and 193.

Berry and the Committee are each hereby granted an opportunity to respond to the other's motion for relief. Any response must be filed no later than April 19, 2011. The matter will be submitted without argument, absent a future court order to the contrary.

DATED:  4/5/2011

RONALD M. WHYTE
United States District Judge