1  MARC J. FAGEL (Cal. Bar No. 154425)  ** E-filed May 11, 2011 **
    fagelm@sec.gov
2  SUSAN F. LaMARCA (Cal. Bar No. 213251)
    lamarcas@sec.gov
3  ROBERT L. TASHJIAN (Cal. Bar No. 191007)
    tashjianr@sec.gov
4  ROBERT L. MITCHELL (Cal. Bar No. 161354)
    mitchellr@sec.gov
5  JEREMY E. PENDREY (Cal. Bar No. 187075)
    pendreyj@sec.gov
6  ELENA RO (Cal. Bar No. 197308)
    roe@sec.gov
7
   Attorneys for Plaintiff
8  SECURITIES AND EXCHANGE COMMISSION
   44 Montgomery Street, Suite 2600
9  San Francisco, California  94104
   Telephone:  (415) 705-2500
10 Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| SECURITIES AND EXCHANGE COMMISSION, | Case No. C-07-4431-RMW (HRL) |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME AND BRIEFING SCHEDULE** **AS MODIFIED BY THE COURT** |
| vs. | ~~Proposed Hearing Date (if required):~~ |
| LISA C. BERRY, | ~~Tuesday, May 24, 2011~~ |
| Defendant. | ~~Time:   10:00 a.m.~~ ~~Place:  Courtroom 2, Fifth Floor~~ |
|  | Magistrate Judge Howard R. Lloyd |

   Whereas Plaintiff Securities and Exchange Commission ("SEC" or "Commission") and Defendant Lisa C. Berry ("Ms. Berry") have reached an impasse over an expert discovery matter, despite efforts to meet and confer on the topic;

Whereas the Commission has informed Ms. Berry's counsel that the Commission will file a motion pursuant to Rule 26(b)(4) of the Federal Rules of Civil Procedure seeking the Court's ruling on whether each party should be required to incur the costs of any fees charged by experts the party has itself retained for this litigation in connection with depositions of such persons by the opposing party;

Whereas the expeditious determination of this issue will aid in the timely payment of experts retained for this litigation;

Whereas the proposed briefing schedule, and the hearing on shortened notice should the Court determine that a hearing is necessary, will not affect any of the other dates in this case;

It is therefore stipulated and agreed, and the parties ask the Court to adopt as its order, the following schedule for briefing, and to the extent the Court deems necessary hearing, the Commission's motion:

SEC to file motion:  May 12, 201, by or before 1:00 p.m.

Ms. Berry to respond to SEC's motion:  May 12, 2011, by or before 6:00 p.m.

SEC to file reply:  May 18, 2011

Hearing on motion, if the Court determines to hold a hearing:  May 24, 2011

DATED:   May 9, 2011                    Respectfully submitted,


/s/ *Susan F. LaMarca*
Susan F. LaMarca
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION


/s/ *Amy M. Ross*
Amy M. Ross
ORRICK, HERRINGTON & SUTCLIFFE LLP
Attorneys for Defendant
LISA C. BERRY

The Commission's undersigned counsel of record, Susan F. LaMarca, hereby attests that Amy Ross concurs in the filing of this Stipulation and [Proposed] Order in accordance with General Order No. 45, Electronic Case Filing, section 10(b).

**ORDER**

SEC to file motion:  May 12, 201, by or before 1:00 p.m.

Ms. Berry to respond to SEC's motion:  May 12, 2011, by or before 6:00 p.m.

SEC to file reply:  May 18, 2011

~~Hearing on motion:  May 24, 2011~~

Unless the Court notifies the parties otherwise, no hearing will be set for this motion.

IT IS SO ORDERED.

Dated: May 11, 2011

_____
Howard R. Lloyd
United States Magistrate Judge