1  MICHAEL D. TORPEY (STATE BAR NO. 79424)
   mtorpey@orrick.com
2  JAMES N. KRAMER (STATE BAR NO. 154709)
   jkramer@orrick.com
3  NANCY E. HARRIS (STATE BAR NO. 197042)
   nharris@orrick.com
4  REBECCA F. LUBENS (STATE BAR NO. 240683)
   rlubens@orrick.com
5  MATTHEW A. TOLVE (STATE BAR NO. 267334)
   mtolve@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
7  405 Howard Street
   San Francisco, CA  94105-2669
8  Telephone:   +1-415-773-5700
   Facsimile:   +1-415-773-5759
9
   Attorneys for Defendant
10 Lisa C. Berry

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>    v.<br><br>LISA C. BERRY,<br><br>            Defendant. | Case No.  5:07-cv-4431 RMW (HRL)<br><br>**ORDER GRANTING LISA C. BERRY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5(D) AND AMENDED STIPULATED PROTECTIVE ORDER** |

This matter came before the Court on Defendant Lisa C. Berry's Administrative Motion to File Under Seal Pursuant to Civil Local Rule 79-5(d) and Amended Stipulated Protective Order, for an Order sealing portions of (1) Lisa C. Berry's Response to the Juniper Audit Committee's Motion for Relief ("Berry Response") and (2) the Declaration of Rebecca F. Lubens in Support Thereof ("Lubens Declaration"), which reference, discuss or attach as exhibits documents designated by Juniper Networks, Inc. ("Juniper") and/or the Audit Committee of the Board of

Directors of Juniper as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" pursuant to the Amended Stipulated Protective Order, entered September 8, 2008, Doc. No. 68.

Having read and considered the pleadings and papers on file, the Court HEREBY ORDERS that the motion is **GRANTED**, as follows:

1. The portions of the Berry Response that have been redacted (as noted in yellow) by Ms. Berry shall be filed under seal;

2. Exhibit A of the Lubens Declaration shall be filed under seal; and

3. Only the Court, court personnel, and interested parties to this case may inspect the records sealed by this order.

**IT IS SO ORDERED.**

Dated: _____05/17/2011_____        _____*Ronald M. Whyte*_____
                                          HONORABLE RONALD M. WHYTE
                                          UNITED STATES DISTRICT JUDGE