| | |
|---|---|
| 1 | JAMES N. KRAMER (STATE BAR NO. 154709) |
| | jkramer@orrick.com |
| 2 | JAMES A. MEYERS (ADMITTED *PRO HAC VICE*) |
| | jmeyers@orrick.com |
| 3 | NANCY E. HARRIS (STATE BAR NO. 197042) |
| | nharris@orrick.com |
| 4 | REBECCA F. LUBENS (STATE BAR NO. 240683) |
| | rlubens@orrick.com |
| 5 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 6 | 405 Howard Street |
| | San Francisco, California  94105-2669 |
| 7 | Telephone:     +1-415-773-5700 |
| | Facsimile:     +1-415-773-5759 |
| 8 | |
| | Attorneys for Defendant |
| 9 | LISA C. BERRY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. C-07-cv-4431 RMW (HRL) |
| Plaintiff, | **ORDER DENYING LISA C. BERRY'S ADMINISTRATIVE MOTION TO EXTEND THE PAGE LIMITS FOR MEMORANDUM IN SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT AND ALL SUBSEQUENT BRIEFINGS** |
| v. | |
| LISA C. BERRY, | |
| Defendant. | **Civil Local Rules 7-4(b) & 7-11** |

Order denying Lisa C. Berry's
Administrative Motion to Extend Page Limits for
Memorandum in Support of her Motion for
Summary Judgment and all Subsequent Briefings
C-07-cv-4431 RMW (HRL)

1  Having considered Lisa C. Berry's Motion to Extend the Page Limits for Memorandum in
2  Support of her Motion for Summary Judgment and All Subsequent Briefing, the Motion is
3  DENIED. Instead, the briefing in support of Ms. Berry's motion for summary judgment shall not
4  exceed 30 pages, the briefing in support of the SEC's opposition shall not exceed 30 pages, and
5  the briefing in support of Ms. Berry's reply shall not exceed 20 pages.
6  IT IS SO ORDERED.

Date: 06/08/2011

By: *Ronald M. Whyte*
RONALD M. WHYTE
United States District Court Judge

- 1 -

ORDER DENYING LISA C. BERRY'S
ADMINISTRATIVE MOTION TO EXTEND PAGE LIMITS FOR
MEMORANDUM IN SUPPORT OF HER MOTION FOR
SUMMARY JUDGMENT AND ALL SUBSEQUENT BRIEFINGS
C-07-CV-4431 RMW (HRL)