**E-FILED on** 06/28/2011

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>   Plaintiff,<br><br>   v.<br><br>LISA C. BERRY,<br><br>   Defendant. | No. C-07-04431 RMW<br><br>ORDER GRANTING IN PART AND DENYING IN PART LISA C. BERRY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL<br>**[Re Docket No. 240]** |

On June 17, 2011, defendant Lisa C. Berry filed an administrative motion to file the following documents under seal: portions of (1) Lisa C. Berry's motion for partial summary judgment; and (2) the declaration of Steven A. Hong in support thereof; and the entirety of: (3) the declaration of Duross O'Bryan in support thereof; (4) the declaration of Roman L. Weil in support thereof; and (5) the declaration of Michael H. Diamond in support thereof. Dkt. No. 240. Non-parties KLA-Tencor and Juniper Networks, Inc. ("Juniper") have filed declarations in support of defendant's motion. Dkt. Nos. 247 and 251. The SEC opposes the motion. Dkt. No. 249. Specifically, the SEC contends that most of the confidential information in these exhibits can be redacted, thus avoiding the need to file entire documents under seal. Also, non-party Juniper has

1  requested additional time to determine whether to request the sealing of any other portions of the
2  documents.
3     Having considered defendant's administrative motion and the documents at issue, it appears
4  that at least some of the exhibits could be redacted rather than filed under seal in their entirety.
5  Indeed, Juniper has indicated that some of the confidential information in exhibits 63, 67, 68, 76, 78,
6  and 102 can be redacted. Dkt. No. 251 at 1. That said, the court recognizes the third party concerns
7  at stake. Accordingly, the court grants the provisional sealing of defendant's moving papers.
8  However, persons who have claimed confidentiality over any document attached to defendant's
9  motion must produce by August 29, 2011 an itemized description of the confidentiality basis for
10 each document and a proposed order narrowly tailored to the confidential information. Absent a
11 sufficient showing of confidentiality, the provisional sealing will be lifted.

15 DATED:     06/28/2011

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge