1  JAMES N. KRAMER (STATE BAR NO. 154709)
   *jkramer@orrick.com*
2  JAMES A. MEYERS (ADMITTED *PRO HAC VICE*)
   *jmeyers@orrick.com*
3  NANCY E. HARRIS (STATE BAR NO. 197042)
   *nharris@orrick.com*
4  REBECCA F. LUBENS (STATE BAR NO. 240683)
   *rlubens@orrick.com*
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
6  405 Howard Street
   San Francisco, CA  94105-2669
7  Telephone:    415-773-5700
   Facsimile:     415-773-5759
8
   Attorneys for Defendant
9  LISA C. BERRY

*E-FILED - 7/22/11*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>           Plaintiff,<br><br>     vs.<br><br>LISA C. BERRY,<br><br>           Defendant. | Case No.  C 07-04431 RMW (HRL)<br><br>**JOINT STIPULATION AND [] ORDER CONCERNING EVIDENTIARY OBJECTIONS ON BRIEFING FOR MOTIONS FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge:  Judge Ronald M. Whyte<br>Dept:    7 |

1  WHEREAS, Plaintiff Securities and Exchange Commission and Defendant Lisa C. Berry (each a "Party" and, collectively, the "Parties") have submitted respective Motions for Partial Summary Judgment (Dkt. 237 & 254) (the "Motions") in the above-captioned action;

WHEREAS, the Parties anticipate filing opposition briefs concerning the Motions on July 15, 2011 and reply briefs on July 29, 2011;

WHEREAS, the record in this action is voluminous on account of a multitude of documents and deposition testimony in this and related actions;

WHEREAS, each Party anticipates having objections to evidence presented by the other Party in the Motions, and may have objections to the evidence presented in the oppositions and replies thereto;

WHEREAS, having met and conferred and agreed that, notwithstanding Civil Local Rule 7-3, which requires that objections must be contained within opposition and reply briefs, separate filings consolidating and setting forth each Party's objections to evidence cited by the other Party would be appropriate in light of the voluminous nature of the record; and

WHEREAS, the Parties further believe that separate filings, served and filed after the submission of briefing on the Motions but in advance of the hearing thereon, would be in the interest of efficiency and judicial economy for Court and the Parties.

IT IS HEREBY STIPULATED AS FOLLOWS:

1. Each Party shall separately file and serve its objections to evidence cited in the Motions and oppositions and replies thereto on August 5, 2011.

2. Each Party shall file and serve responses to the other Party's evidentiary objections on August 10, 2011.

IT IS SO STIPULATED.

//
//
//

SECURITIES AND EXCHANGE COMMISSION

Dated: July 11, 2011

*/s/ Robert L. Tashjian*
Robert L. Tashjian
*tashjianr@sec.gov*
44 Montgomery Street, Suite 2600
San Francisco, CA 94104
Telephone: 415-705-2500
Facsimile: 415-705-2501

*Attorneys for Plaintiff*
*Securities and Exchange Commission*

ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: July 11, 2011

*/s/ Rebecca F. Lubens*
Rebecca F. Lubens
*rlubens@orrick.com*
405 Howard Street
San Francisco, California 94105
Telephone:   415-773-5700
Facsimile:    415-773-5759

*Attorneys for Defendant Lisa Berry*

I, Rebecca F. Lubens, am the ECF User whose User ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that the above-listed signatories have concurred in this filing.

*      *      *

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Court resets the motion hearing set for August 12, 2011 to **August 26, 2011** at 9:00 AM.

Dated: 7/22/11

*Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Court Judge