1  MARC J. FAGEL (Cal. Bar No. 154425)
     fagelm@sec.gov
2  SUSAN F. LaMARCA (Cal. Bar No. 213251)
     lamarcas@sec.gov
3  ROBERT L. TASHJIAN (Cal. Bar No. 191007)
     tashjianr@sec.gov
4  ROBERT L. MITCHELL (Cal. Bar No. 161354)
     mitchellr@sec.gov
5  JEREMY E. PENDREY (Cal. Bar No. 187075)
     pendreyj@sec.gov
6  ELENA RO (Cal. Bar No. 197308)
     roe@sec.gov
7
   Attorneys for Plaintiff
8  SECURITIES AND EXCHANGE COMMISSION
   44 Montgomery Street, Suite 2600
9  San Francisco, California  94104
   Telephone:  (415) 705-2500
10 Facsimile:  (415) 705-2501

11                      **UNITED STATES DISTRICT COURT**

12                      **NORTHERN DISTRICT OF CALIFORNIA**

13                              **SAN JOSE DIVISION**

14

15 | SECURITIES AND EXCHANGE COMMISSION, | Case No. C-07-4431-RMW (HRL)
16 |         Plaintiff,
17 |              vs. | **ORDER GRANTING SECURITIES AND EXCHANGE COMMISSION'S ADMIN. MOTION TO PROVISIONALLY SEAL FILINGS IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT**
18 | LISA C. BERRY,
19 |         Defendant.
20 | | Before the Honorable Ronald M. Whyte

1   Plaintiff Securities and Exchange Commission ("Commission") has filed an Administrative
2   Motion to provisionally file under seal the declarations and other documents offered in support of the
3   Commission's Opposition to Defendant's Motion for Partial Summary Judgment.  Having considered
4   the Commission's motion, and finding good cause therefrom, the Court hereby GRANTS the motion.
5   IT IS THEREFORE ORDERED that the following documents filed by the Commission shall
6   be maintained under seal until further notice from the Court in accordance with Dkt. No. 253:

7   1) The Declaration of Robert Tashjian dated July 15, 2011 and all documents attached
8       thereto as exhibits.
9   2) The Declaration of Dino Falaschetti dated July 13, 2011 and all documents attached
10      thereto as exhibits.
11  3) The Declaration of Kenneth Avery dated July 15, 2011 and all documents attached thereto
12      as exhibits.
13  4) The Declaration of Kris Haworth dated July 14, 2011 and all documents attached thereto
14      as exhibits.
15  5) The Declaration of Blythe Bruntz dated July 14, 2011 and the document attached thereto
16      as an exhibit.
17  6) The Declaration of Kelly Markgraf dated July 11, 2011 and the document attached thereto
18      as an exhibit.

20  **IT IS SO ORDERED.**

24  Date:  07/27/2011            *Ronald M. Whyte*
                                 Ronald M. Whyte
25                               United States District Judge