| | |
|---|---|
| 1 | JAMES N. KRAMER (SBN 154709) |
| | *Email: jkramer@orrick.com* |
| 2 | JAMES A. MEYERS (Admitted *Pro Hac Vice)* |
| | *Email: jmeyers@orrick.com* |
| 3 | NANCY E. HARRIS (SBN 197042) |
| | *Email: nharris@orrick.com* |
| 4 | REBECCA F. LUBENS (SBN 240683) |
| | *Email: rlubens@orrick.c*om |
| 5 | KATHERINE C. LUBIN (SBN 259826) |
| | *Email: klubin@orrick.com* |
| 6 | MATTHEW A. TOLVE (SBN 267334) |
| | *Email: mtolve@orrick.com* |
| 7 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 8 | 405 Howard Street |
| | San Francisco, CA  94105-2669 |
| 9 | Telephone:   (415) 773-5700 |
| | Facsimile:    (415) 773-5759 |
| 10 | |
| 11 | Attorneys for Defendant |
| | LISA C. BERRY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | | Case No. C-07-cv-4431 RMW (HRL) |
| | Plaintiff, | **ORDER GRANTING LISA C. BERRY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO STIPULATED PROTECTIVE ORDERS, CIVIL L.R. 79-5, AND GENERAL ORDER 62** |
| | v. | |
| LISA C. BERRY, | | |
| | Defendant. | |

OHS WEST:261222314.1

1  This matter came before the Court on Lisa C. Berry's Administrative Motion to File Under Seal Pursuant to Stipulated Protective Orders, Civil Local Rule 79-5, and General Order 62. Having considered Lisa C. Berry's Administrative Motion to File Under Seal, the Declaration of Matthew A. Tolve in support thereof, and good cause appearing, THE COURT HEREBY ORDERS that the following documents be accepted for filing with this Court under seal in accordance with General Order 62 and the provisions of Dkt. No. 253:

1. The portions of Lisa C. Berry's Opposition to SEC's Motion For Partial Summary Judgment that have been redacted (as outlined with red boxes) by Ms. Berry shall be filed under seal; and

2. Exhibits A, E, H, K, M, N, and Q of the Lubin Declaration that have been redacted (as outlined with red boxes) or marked Confidential in their entirety shall be filed under seal.

The preceding documents shall be maintained under seal until further notice from the Court.

**IT IS SO ORDERED**.

DATED: _____July 27___, 2011

*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE