1    JAMES N. KRAMER (SBN 154709)
     *Email:* jkramer@orrick.com
2    JAMES A. MEYERS (Admitted *Pro Hac Vice*)
     *Email:* jmeyers@orrick.com
3    NANCY E. HARRIS (SBN 197042)
     *Email:* nharris@orrick.com
4    REBECCA F. LUBENS (SBN 240683)
     *Email:* rlubens@orrick.com
5    KATHERINE C. LUBIN (SBN 259826)
     *Email:* klubin@orrick.com
6    MATTHEW A. TOLVE (SBN 267334)
     *Email:* mtolve@orrick.com
7    ORRICK, HERRINGTON & SUTCLIFFE LLP
     The Orrick Building
8    405 Howard Street
     San Francisco, CA 94105-2669
9    Telephone: (415) 773-5700
     Facsimile: (415) 773-5759

11    Attorneys for Defendant
     LISA C. BERRY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>    v.<br><br>LISA C. BERRY,<br><br>       Defendant. | Case No. C-07-cv-4431 RMW (HRL)<br><br>**ORDER GRANTING LISA C. BERRY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO STIPULATED PROTECTIVE ORDERS, CIVIL L.R. 79-5, AND GENERAL ORDER 62** |

1   This matter came before the Court on Lisa C. Berry's Administrative Motion to File
2   Under Seal Pursuant to Stipulated Protective Orders, Civil Local Rule 79-5, and General Order
3   62. Having considered Lisa C. Berry's Administrative Motion to File Under Seal, the Declaration
4   of Matthew A. Tolve in support thereof, and good cause appearing, THE COURT HEREBY
5   ORDERS that the following documents be maintained under seal until further notice from the Court
6   in accordance with Dkt. No. 253:

7       1.    The portions of Lisa C. Berry's Reply in Support of Motion For Partial Summary
8   Judgment that have been indicated for redaction (as outlined with red boxes) by Ms. Berry shall
9   be filed under seal; and

10      2.    Exhibits 116, 117, 122, and 123 of the Lubin Declaration that have been indicated
11  for redaction (as outlined with red boxes) or marked Confidential in their entirety shall be filed
12  under seal.

    Only this Court, court personnel, and interested parties to this case may inspect the
    records sealed by this Order.

    **IT IS SO ORDERED**.

DATED: __8/10/2011

_____
HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE

OHS WEST:261222314.1    - 1 -    ORDER GRANTING LISA C. BERRY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
C-07-CV-4431 RMW (HRL)