JAMES N. KRAMER (STATE BAR NO. 154709)
jkramer@orrick.com
JAMES A. MEYERS (ADMITTED *PRO HAC VICE*)
jmeyers@orrick.com
NANCY E. HARRIS (STATE BAR NO. 197042)
nharris@orrick.com
REBECCA F. LUBENS (STATE BAR NO. 240683)
rlubens@orrick.com
STEVEN A. HONG (STATE BAR NO. 252866)
shong@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105-2669
Telephone:   +1-415-773-5700
Facsimile:    +1-415-773-5759

Attorneys for Defendant
LISA C. BERRY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LISA C. BERRY,<br><br>　　　　　Defendant. | Case No. C-07-cv-4431 RMW (HRL)<br><br>**ORDER GRANTING LISA C. BERRY'S ADMINISTRATIVE MOTION TO FILE EVIDENTIARY OBJECTIONS UNDER SEAL PURSUANT TO STIPULATED PROTECTIVE ORDERS, CIVIL L.R. 79-5, AND GENERAL ORDER 62** |

1  This matter came before the Court on Lisa C. Berry's Administrative Motion to File Evidentiary Objections Under Seal Pursuant to Stipulated Protective Orders, Civil L.R. 79-5, and General Order 62. Having considered Lisa C. Berry's Administrative Motion, the Declaration of Rebecca F. Lubens in support thereof, and good cause appearing, THE COURT HEREBY ORDERS that the following document be maintained under seal until further notice from the Court in accordance with Dkt. No. 253:

    1.  The portions of Lisa C. Berry's Objections to Evidence in SEC's Summary Judgment Briefing that Ms. Berry has indicated for redaction (as outlined with red boxes) shall be filed under seal; and

Only this Court, court personnel, and interested parties to this case may inspect the records sealed by this Order.

IT IS SO ORDERED.

Dated: _____08/10/2011

*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE