1  MARC J. FAGEL (Cal. Bar No. 154425)
     fagelm@sec.gov
2  SUSAN F. LaMARCA (Cal. Bar No. 213251)
     lamarcas@sec.gov
3  ROBERT L. TASHJIAN (Cal. Bar No. 191007)
     tashjianr@sec.gov
4  ROBERT L. MITCHELL (Cal. Bar No. 161354)
     mitchellr@sec.gov
5  JEREMY E. PENDREY (Cal. Bar No. 187075)
     pendreyj@sec.gov
6  ELENA RO (Cal. Bar No. 197308)
     roe@sec.gov
7
   Attorneys for Plaintiff
8  SECURITIES AND EXCHANGE COMMISSION
   44 Montgomery Street, Suite 2600
9  San Francisco, California  94104
   Telephone:  (415) 705-2500
10 Facsimile:  (415) 705-2501

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                            SAN JOSE DIVISION

14

15 SECURITIES AND EXCHANGE COMMISSION,    Case No. C-07-4431-RMW (HRL)

16       Plaintiff,                       **STIPULATION AND []
                                          SCHEDULING ORDER**
17    vs.
                                          Honorable Ronald M. Whyte
18 LISA C. BERRY,

19       Defendant.

20

1  Whereas, Defendant Lisa C. Berry ("Ms. Berry") has submitted to Plaintiff Securities and
2  Exchange Commission ("SEC" or "Commission") a signed offer of settlement, which if accepted by
3  the Commission and entered by the Court would resolve this matter, and which the Commission's
4  counsel will recommend that the Commission accept;

5  Whereas, the Commission, as a public agency, follows a process for consideration of such
6  offers that the Commission's counsel estimates will require approximately six weeks;

7  Whereas, pursuant to the Court's Scheduling Order dated March 23, 2011 (Dkt No. 181), trial
8  is scheduled to commence in this action on October 24, 2011, and the Court has scheduled a Pretrial
9  Conference for September 8, 2011;

10  Whereas, the Trial Date and Pre-trial Conference Date have been previously rescheduled, one
11  time, as described in the Stipulation and Order entered February 7, 2011 (Dkt No. 154);

12  Whereas, pursuant to the Court's Order entered July 22, 2011 (Dkt No. 271), the Court set
13  August 26, 2011 as the date for hearing the parties' respective motions for partial summary judgment;

14  Whereas, the parties have agreed to postpone taking any further depositions until after
15  October 11, 2011, to allow sufficient time for the Commission to consider the offer and to limit any
16  litigation expenses before that date;

17  Whereas the parties believe it is in their best interests, and in the interest of efficiency, to
18  permit sufficient time for the Commission to consider the defendant's offer without simultaneously
19  preparing for trial, additionally considering the effects on third parties, including significant expenses
20  that would be incurred by third parties to this litigation in defraying the expenses for the defense of
21  this action;

22  IT IS THEREFORE STIPULATED:

23  1. The parties jointly request that the Court reset trial to commence on January 9, 2012, or as
24     soon thereafter as the Court's schedule may permit;
25  2. The parties jointly further request that the Court reset the Pretrial Conference for
26     Thursday, December 15, 2011 at 2:00 p.m., or as soon thereafter as the Court's schedule
27     may permit;
28

1    3. The parties jointly further request that the Court reset the hearing on the parties'
2       respective motions for partial summary judgment for November 18, 2011 at 9:00 a.m.

3

4       IT IS SO STIPULATED.

5

6    DATED:  August 19, 2011              Respectfully submitted,

7

8                                         /s/ *Susan F. LaMarca*
                                          Susan F. LaMarca
9                                         *lamarcas@sec.gov*
                                          44 Montgomery Street, Suite 2600
10                                        San Francisco, CA 94104
                                          Telephone: 415-705-2500
11                                        Attorney for Plaintiff
12                                        SECURITIES AND EXCHANGE COMMISSION

13
                                          /s/ *Rebecca F. Lubens*
14                                        Rebecca F. Lubens
                                          *rlubens@orrick.com*
15                                        ORRICK, HERRINGTON & SUTCLIFFE LLP
                                          405 Howard Street
16                                        San Francisco, California 94105
                                          Telephone:415-773-5700
17                                        Attorneys for Defendant
                                          LISA C. BERRY
18

19
       The Commission's undersigned counsel of record, Susan F. LaMarca, hereby attests that
20   Rebecca F. Lubens concurs in the filing of this Stipulation and [Proposed] Order in accordance with
     General Order No. 45, Electronic Case Filing, Section 10(b).
21

22

23

24

25

26

27

28

1  **<u>ORDER</u>**

2  Pursuant to the stipulation of the parties, and for good cause shown, the Court resets the
3  following dates:

4  Trial to commence: January 9, 2012

5  Pretrial Conference: December 15, 2011, at 2:00 p.m. (with all other pretrial submissions
6  due in accordance with the Court's Standing Order re: Pretrial Preparation)

7  Hearing on pending motions for partial summary judgment: November 18, 2011, at 9:00 a.m.

10  IT IS SO ORDERED.

14  Dated: : 145, 2011"""""""""""""""""  _Ronald M. Whyte_
15  Ronald M. Whyte
    United States District Judge