1  MORGAN, LEWIS & BOCKIUS LLP
   JOSEPH E. FLOREN, STATE BAR NO. 168292
2  jfloren@morganlewis.com
   REBECCA A. FALK, State Bar No. 226798
3  rfalk@morganlewis.com
   MICHELLE PARK CHIU, State Bar. No. 248421
4  mchiu@morganlewis.com
   ONE MARKET, SPEAR STREET TOWER
5  SAN FRANCISCO, CA 94105-1126
   TEL: (415) 442-1000; FAX: (415) 442-1001

6
   Attorneys for Non-Party
7  KLA-TENCOR CORPORATION

8  ADDITIONAL COUNSEL LISTED ON
   SIGNATURE BLOCK
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13

14 | SECURITIES AND EXCHANGE         | Case No. C-07-cv-4431 RMW (HRL)
   | COMMISSION,
15 |                                  | **STIPULATION AND []**
   |                                  | **SCHEDULING ORDER**
16 |          Plaintiff,

17 |     vs.
                                       Honorable Ronald M. Whyte
18 | LISA C. BERRY,

19 |          Defendant.

---

STIPULATION AND [  SCHEDULING ORDER

DB2/ 22631748.1

1   WHEREAS, on June 28, 2011, the Court issued an Order Granting in Part and Denying in
2   Part Lisa C. Berry's Administrative Motion to File Under Seal [Re Docket No. 240] (Dkt. 253),
3   which required persons who have claimed confidentiality over any document attached to Ms.
4   Berry's motion for summary judgment to produce an itemized description of the confidentiality
5   basis for each document and a proposed order narrowly tailored to the confidential information by
6   August 29, 2011;

7   WHEREAS, on July 27, 2011, the Court issued an Order Granting Securities and
8   Exchange Commission's Administrative Motion to Provisionally Seal Filings in Opposition to
9   Motion for Partial Summary Judgment (Dkt. 274) that ordered the Commission maintain certain
10  documents filed under seal until further notice from the Court in accordance with Dkt. No. 253;

11  WHEREAS, on July 27, 2011, the Court issued an Order Granting Lisa C. Berry's
12  Administrative Motion to File Under Seal Pursuant to Stipulated Protective Orders, Civil L.R. 79-
13  5 and General Order 62 (Dkt. 275) that ordered that certain documents be filed under seal until
14  further notice from the Court;

15  WHEREAS on August 10, 2011, the Court issued an Order Granting Lisa C. Berry's
16  Administrative Motion to File Under Seal Pursuant to Stipulated Protective Orders, Civil L.R. 79-
17  5 and General Order 62 (Dkt. 290) that certain documents be maintained under seal until further
18  notice from the Court in accordance with Dkt. No. 253;

19  WHEREAS, non-parties KLA-TENCOR CORPORATION ("KLA"), JUNIPER
20  NETWORKS, INC. ("Juniper") and ERNST & YOUNG LLP ("E&Y") designated certain
21  documents and deposition excerpts as confidential that were to be maintained under seal pursuant
22  to the Court's orders (Dkt. Nos. 253, 274, 275, 290), and were to produce an itemized description
23  of the confidentiality basis for each of those documents and a proposed order narrowly tailored to
24  the confidential information by August 29, 2011;

25  WHEREAS, on August 19, 2011, Plaintiff Securities and Exchange Commission ("SEC")
26  and Defendant Lisa C. Berry ("Ms. Berry") (collectively, the "Parties") filed a Stipulation and
27  Proposed Scheduling Order (Dkt. 302) resetting the dates for trial to commence, the pretrial
28  conference, and the hearing on pending motions for partial summary judgment;

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

-2-   MDL 1917
STIPULATION AND [] SCHEDULING ORDER
DB2/ 22631748.1

1    WHEREAS, on August 23, 2011, the Court approved the Stipulation and Scheduling

2 Order (Dkt. 303) resetting the dates for trial to commence to January 9, 2010, the pretrial

3 conference to December 15, 2011, and the hearing on pending motions for partial summary

4 judgment to November 18, 2011;

5    WHEREAS the undersigned parties and non-parties agree that a comparable extension of

6 the date by which persons who have claimed confidentiality over any documents or deposition

7 excerpts that are currently maintained under seal pursuant to the Court's orders is desirable to

8 avoid undue burden and expense for the Court, parties and non-parties;

9    IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel

10 that:

11    1.    The date for non-parties KLA, Juniper and E&Y to produce an itemized

12 description of the confidentiality basis for documents and deposition excerpts currently

13 maintained under seal pursuant to the Court's orders and to submit a proposed order narrowly

14 tailored to the confidential information is extended to November 21, 2011, which is a comparable

15 date to the schedule currently in place for making this submission.

16    IT IS SO STIPULATED.

17 DATED:   August 24, 2011          Respectfully submitted,

18

19                                  By  /s/   Michelle Park Chiu
                                    ─────────────────────────────
20                                  Michelle Park Chiu
                                    MORGAN, LEWIS & BOCKIUS LLP
21                                  E-mail: mchiu@morganlewis.com
                                    One Market, Spear Street Tower
22                                  San Francisco, CA  94105-1126
                                    Tel: (415) 442-1000; Fax: (415) 442-1001
23
                                    *Attorneys for Non-Party*
24                                  KLA-TENCOR CORPORATION

25                                  By  /s/ Susan LaMarca
                                    ─────────────────────────────
26                                  Susan F. LaMarca
                                    Email: lamarcas@sec.gov
27                                  44 Montgomery Street, Suite 2600
                                    San Francisco, CA 94104
28                                  Tel: (415) 705-2500

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

-3-                                                                    MDL 1917
STIPULATION AND [] SCHEDULING ORDER
DB2/ 22631748.1

| | |
|---|---|
| 1 | |
| 2 | *Attorney for Plaintiff*<br>SECURITIES AND EXCHANGE<br>COMMISSION |
| 3 | |
| 4 | |
| 5 | By /s/ Rebecca F. Lubens<br>Rebecca F. Lubens<br>Email: rlubens@orrick.com |
| 6 | ORRICK, HERRINGTON & SUTCLIFFE<br>LLP |
| 7 | 405 Howard Street<br>San Francisco, CA 94105 |
| 8 | Tel: (415) 773-5700 |
| 9 | *Attorneys for Defendant*<br>LISA C. BERRY |
| 10 | |
| 11 | |
| 12 | By /s/ Joel E. Bonner<br>Joel E. Bonner |
| 13 | Email: joel. bonner@ey.com<br>ERNST & YOUNG LLP |
| 14 | 725 Figueroa Street<br>Los Angeles, CA 90017 |
| 15 | Tel: (213) 977-3335 |
| 16 | *Attorney for Non-Party*<br>ERNST & YOUNG |
| 17 | |
| 18 | By /s/ Joni L. Ostler |
| 19 | Joni L. Ostler<br>Email: jostler@wsgr.com |
| 20 | WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road |
| 21 | Palo Alto, CA 94304<br>Tel: (650) 493-9300 |
| 22 | *Attorneys for Non-Party* |
| 23 | JUNIPER NETWORKS, INC. |
| 24 | Pursuant to General Order No. 45, Electronic Case Filing § X-B, the filer attests that |
| 25 | concurrence in the filing of this document has been obtained from each of the above signatories. |
| 26 | |
| 27 | |
| 28 | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

-4- MDL 1917
STIPULATION AND [] SCHEDULING ORDER

DB2/ 22631748.1

# ORDER

Pursuant to the stipulation of the parties, and for good cause shown, the Court resets the date by which any person who has claimed confidentiality over any documents attached to the parties' motions for summary judgment evidentiary objections must produce an itemized description of the confidentiality basis for each document and a proposed order narrowly tailored to the confidential information to November 21, 2011.

DATED: 8/29/11

*Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Judge

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

-5-    MDL 1917
STIPULATION AND [] SCHEDULING ORDER
DB2/ 22631748.1